Rasheed McWilliams (SBN 281832)
Rasheed@cotmanip.com
Daniel C. Cotman (SBN 218315)
dan@cotmanip.com
Obi I. Iloputaife (SBN 192271)
obi@cotmanip.com
COTMAN IP LAW GROUP, PLC
35 Hugus Alley, Suite 210
Pasadena, CA 91103
(626) 405-1413/FAX: (626) 316-7577
*Attorneys for Plaintiff*
*Shipping & Transit LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shipping & Transit LLC, | ) Case No. 2:16-cv-06525 |
| Plaintiff, | ) |
| | ) **COMPLAINT FOR PATENT** |
| v. | ) **INFRINGEMENT AND** |
| | ) **PERMANENT INJUNCTION** |
| Dispatch Technologies, Inc., | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| Defendant. | ) |
| | ) |

/ / /

/ / /

/ / /

1
**COMPLAINT**

Plaintiff Shipping & Transit LLC, ("S&T"), by and through its undersigned counsel, for its Complaint against Defendant Dispatch Technologies, Inc., formerly known as Dispatch Inc. ("Dispatch") makes the following allegations. These allegations are made upon information and belief.

## NATURE OF THE ACTION

1.     This is an action to stop Defendant's infringement of United States Patent Nos. 6,904,359 ("the '359 Patent") and 6,415,207 ("the '207 Patent").

## THE PARTIES

2.     Shipping & Transit LLC, formerly known as ArrivalStar S.A. and Melvino Technologies Limited, is a limited liability company organized under the laws of the State of Florida having an office and principal place of business at 711 SW 24th Ave., Boynton Beach, Florida  33435.

3.     Dispatch Technologies, Inc. is a corporation organized under the laws of the State of Delaware having an office and principal place of business at 170 Milk Street, Second Floor, Boston, Massachusetts  02109.

## JURISDICTION AND VENUE

4.     This patent infringement action arises under the patent laws of the United States including 35 U.S.C. §§ 271, et seq.

5.     This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § § 1331 and 1338(a) because it arises under United States Patent law.

6.     This Court has personal jurisdiction over the Defendant because they (either directly or through their subsidiaries, divisions, groups or divisions) have sufficient minimum contacts with the forum as a result of business conducted within the State of California and this district; and/or specifically over the Defendant (either directly or through their subsidiaries, divisions, groups or distributors) because of their infringing conduct within or directed at the State of California and this district.

7.     Venue is proper in this district pursuant to 28 U.S.C. §1391(b) and 1400(b).

**FACTS**

8.    S&T is the owner, by assignment, of United States Patent No. 6,904,359 ("the '359 Patent"), entitled, "Notification Systems and Methods with User-Definable Notifications Based upon Occurance (sic) of Events," which was duly and legally issued by the USPTO on June 7, 2005.  A true and correct copy of the '359 Patent is attached as **Exhibit A**.

9.    S&T is the owner, by assignment, of United States Patent No. 6,415,207 ("the '207 Patent"), entitled, "System and Method for Automatically Providing Vehicle Status Information," which was duly and legally issued by the USPTO on July 2, 2002. A true and correct copy of the '207 Patent is attached as **Exhibit B**.

10.    S&T is owner of all rights, titles and interests in and to the '359 Patent, and the '207 Patent (collectively, "Patents-In-Suit") including the right to assert all causes of action arising from the infringement of the Patents-in-Suit and the right to all damages, past and present, for any infringement of the Patents-in-Suit.

11.    The claims of the Patents-In-Suit are valid and enforceable.

12.    Dispatch's Web Arrival Tracker monitors the location of a technician's vehicle in order to provide status information to customers.  The information of each vehicle by time intervals and estimated time of arrival at the customer's site is maintained in the system; the system communicates with the user's device when the user logs in to the system.  The user's device is a remote communication device. Customers using the Dispatch system setup accounts, enter login information and or email addresses.  When a customer logs into the system, the customer's email address is used as identification to retrieve updated vehicle status information and automatically transmit the vehicle status information the customer.  An illustration from Dispatch's website is provided below.

13.    At a minimum, the Dispatch's Web Arrival Tracker Product infringes all of the elements of at least claim 10 of the '207 Patent and claim 19 of the '359 Patent.

14.    Dispatch's Enterprise product, at http://www.dispatch.me/product, provides a notification system with arrival and departure information; Dispatch customers set-up account information which include an address that will cause generation of an estimated time of arrival message when the vehicle is on-the-way; Dispatch customers setup accounts and enter email address and other contact information on the website. The customer remotely sets up an account and enters email and account information on the system. The Dispatch system allows the customer to specify time range for the arrival of the vehicle. Dispatch's customers are notified of the vehicle's estimated arrival time. See illustration below, which was obtained from Dispatch's website.

4
**COMPLAINT**



15.    At a minimum, the Dispatch's Enterprise product infringes all of the elements of at least claim 10 of the '207 Patent and claim 19 of the '359 Patent.

## COUNT I

## CLAIM FOR PATENT INFRINGEMENT

## UNDER 35 U.S.C. § 271 ('207 PATENT)

16.     S&T Technologies realleges and incorporates by reference the allegations of the preceding paragraphs of this Complaint as if fully set forth herein.

17.    Without license or authorization and in violation of 35 U.S.C. §271(a), Dispatch has infringed and continues to infringe Claim 10 of '207 Patent by making, using, offering for sale and/or selling within this district and elsewhere in the United States the Dispatch Accused Products.  See **Exhibit C**.

18.    Unless enjoined by this Court, Defendant will continue to infringe the '207 Patent.

19.    As a direct and proximate result of Defendant's infringement of the '207 Patent, S&T has been and will continue to be damaged in an amount yet to be determined, including but not limited to Plaintiff's lost profits and/or reasonable royalties.

/ / /

## COUNT II

## CLAIM FOR PATENT INFRINGEMENT

## UNDER 35 U.S.C. § 271 ('359 PATENT)

20. S&T Technologies realleges and incorporates by reference the allegations of the preceding paragraphs of this Complaint as if fully set forth herein.

21. Without license or authorization and in violation of 35 U.S.C. §271(a), Dispatch has infringed and continues to infringe Claim 19 of '359 Patent by making, using, offering for sale and/or selling within this district and elsewhere in the United States the Dispatch Accused Products. See **Exhibit C**.

22. Unless enjoined by this Court, Defendant will continue to infringe the '359 Patent.

23. As a direct and proximate result of Defendant's infringement of the '359 Patent, S&T has been and will continue to be damaged in an amount yet to be determined, including but not limited to Plaintiff's lost profits and/or reasonable royalties.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief against Defendant as follows:

1. In favor of Plaintiff that Defendant has infringed each of the asserted claims of the '207 Patent and the '359 Patent;

2. Requiring Defendant to pay Plaintiff its damages, costs, expenses, and pre-judgment and post-judgment interest for Defendant's infringement of each of the asserted claims of the '207 Patent and the '359 Patent as provided under 35 U.S.C § 284; but not less than a reasonable royalty; and

3. For such other and further relief as may be just and equitable.

///

///

///

///

## DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a jury trial on all issues and causes of action triable to a jury.

Respectfully submitted,

DATED:  August 30, 2016          **COTMAN IP LAW GROUP, PLC**

*s/Rasheed M. McWilliams*

By:_____

Rasheed M. McWilliams

Daniel C. Cotman

Obi I. Iloputaife

COTMAN IP LAW GROUP, PLC

35 Hugus Alley, Suite 210

Pasadena, CA 91103

(626) 405-1413/FAX: (626) 316-7577

*Attorneys for Plaintiff*

*Shipping & Transit LLC*

7

**COMPLAINT**

US006904359B2

## (12) United States Patent
### Jones

(10) Patent No.: **US 6,904,359 B2**
(45) Date of Patent: **Jun. 7, 2005**

(54) **NOTIFICATION SYSTEMS AND METHODS WITH USER-DEFINABLE NOTIFICATIONS BASED UPON OCCURANCE OF EVENTS**

(75) Inventor: **M. Kelly Jones**, Delray Beach, FL (US)

(73) Assignee: **ArrivalStar, Inc.**, Delray Beach, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 101 days.

(21) Appl. No.: **10/435,767**

(22) Filed: **May 12, 2003**

(65) **Prior Publication Data**

US 2003/0233188 A1 Dec. 18, 2003

**Related U.S. Application Data**

(60) Division of application No. 08/852,119, filed on May 6, 1997, now Pat. No. 6,748,318, which is a continuation-in-part of application No. 08/434,049, filed on May 2, 1995, now Pat. No. 5,623,260, and a continuation-in-part of application No. 08/432,898, filed on May 2, 1995, now Pat. No. 5,657,010, and a continuation-in-part of application No. 08/432,666, filed on May 2, 1995, now Pat. No. 5,668,543, which is a continuation-in-part of application No. 08/407,319, filed on Mar. 20, 1995, now abandoned, which is a continuation-in-part of application No. 08/063,533, filed on May 18, 1993, now Pat. No. 5,400,020.

(51) **Int. Cl.**[7] ......................... **G01C 21/26**; G08G 1/123

(52) **U.S. Cl.** ......................... **701/204**; 701/24; 701/211; 340/989; 340/992; 340/994; 340/996; 455/404.2; 455/412.2; 455/414.2

(58) **Field of Search** ............................. 701/202, 23–26, 701/204, 200–201, 207–213, 117; 455/404.1, 404.2, 412.1, 412.2, 414.1, 414.2, 414.3, 415, 426.1, 456.1, 456.2, 456.3, 456.5, 456.6, 457; 340/425.5, 433, 438, 459–463, 539.1, 539.11, 539.13, 539.22, 539.23, 825.49, 901–902, 904–905, 988–994, 996; 342/357.01, 357.06, 357.07, 357.09, 357.1, 457, 357.17

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,568,161 A | | 3/1971 | Knickel | ....................... 340/994 |
| 3,644,883 A | | 2/1972 | Borman et al. | ............... 340/23 |
| 3,845,289 A | | 10/1974 | French | .................... 235/151.2 |
| 3,886,515 A | | 5/1975 | Cottin et al. | ................ 340/994 |
| 3,934,125 A | | 1/1976 | Macano | ..................... 235/150.2 |
| 4,220,946 A | | 9/1980 | Henriot | ....................... 340/23 |
| 4,297,672 A | | 10/1981 | Fruchey et al. | ............... 340/23 |
| 4,325,057 A | | 4/1982 | Bishop | ....................... 340/539 |
| 4,350,969 A | * | 9/1982 | Greer | .......................... 340/994 |
| 4,525,601 A | | 6/1985 | Barnich et al. | ......... 379/7 MM |
| 4,585,904 A | | 4/1986 | Mincone et al. | ........ 179/7.1 TP |
| 4,713,661 A | | 12/1987 | Boone et al. | ............... 340/994 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| EP | 0219859 A2 | 4/1987 | ............ G08G/1/12 |
| EP | 0805427 A1 | 11/1997 | .......... G08G/1/123 |

(Continued)

OTHER PUBLICATIONS

"Public Transporation Information and Management Ssytems", IEE Colloquium, Computing and Control Division, May 25, 1993, pp. 9/1–9/4, 12/1–12/2, 7/1–7/3.

(Continued)

*Primary Examiner*—Jacques H. Louis-Jacques
(74) *Attorney, Agent, or Firm*—Thomas, Kayden, Horstemeyer & Risley, LLP

(57) **ABSTRACT**

Methods and systems are disclosed for a vehicle status reporting system for allowing a user to define when a user will receive a vehicle status report about the status of a mobile vehicle, in relation to a location, for establishing a communication link between the system and the user, and for delivering the status report during the communication link, the status report indicating occurrence of one or more events.

**45 Claims, 45 Drawing Sheets**



**EXHIBIT A**

## US 6,904,359 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,791,571 A | | 12/1988 | Takahashi et al. | 364/436 |
| 4,799,162 A | | 1/1989 | Shinkawa et al. | 364/436 |
| 4,804,837 A | | 2/1989 | Farley | 250/251 |
| 4,812,843 A | * | 3/1989 | Champion et al. | 340/905 |
| 4,813,065 A | | 3/1989 | Segala | 379/112 |
| 4,857,925 A | | 8/1989 | Brubaker | 340/994 |
| 4,894,649 A | | 1/1990 | Davis | 340/825.44 |
| 4,956,777 A | | 9/1990 | Cearley et al. | 364/424.02 |
| 5,003,584 A | | 3/1991 | Benyacar et al. | 379/119 |
| 5,006,847 A | | 4/1991 | Rush et al. | 340/994 |
| 5,014,206 A | | 5/1991 | Scribner et al. | 364/449 |
| 5,021,780 A | | 6/1991 | Fabiano et al. | 340/994 |
| 5,021,789 A | | 6/1991 | Shaw | 264/436 |
| 5,048,079 A | | 9/1991 | Harrington et al. | 379/112 |
| 5,068,656 A | | 11/1991 | Sutherland | 340/989 |
| 5,097,429 A | | 3/1992 | Wood et al. | 364/569 |
| 5,103,475 A | | 4/1992 | Shuen | 379/115 |
| 5,113,185 A | | 5/1992 | Ichikawa | 340/995 |
| 5,121,326 A | | 6/1992 | Moroto et al. | 364/449 |
| 5,122,959 A | | 6/1992 | Nathanson et al. | 364/436 |
| 5,131,020 A | * | 7/1992 | Liebesny et al. | 455/414.3 |
| 5,144,301 A | | 9/1992 | Jackson et al. | 340/994 |
| 5,146,491 A | | 9/1992 | Silver et al. | 379/114 |
| 5,155,689 A | | 10/1992 | Wortham | 364/460 |
| 5,168,451 A | | 12/1992 | Bolger | 364/436 |
| 5,179,584 A | | 1/1993 | Tsumura | 379/114 |
| 5,218,629 A | | 6/1993 | Dumond, Jr. et al. | 379/59 |
| 5,218,632 A | | 6/1993 | Cool | 379/126 |
| 5,223,844 A | | 6/1993 | Mansell et al. | 342/357 |
| 5,243,529 A | | 9/1993 | Kashiwazaki | 364/449 |
| 5,263,260 A | | 11/1993 | Smith | 340/994 |
| 5,271,484 A | | 12/1993 | Bahjat et al. | 187/29.1 |
| 5,299,132 A | | 3/1994 | Wortham | 364/460 |
| 5,323,456 A | | 6/1994 | Oprea | 379/375 |
| 5,351,194 A | | 9/1994 | Ross et al. | 364/449 |
| 5,361,296 A | | 11/1994 | Reyes et al. | 379/96 |
| 5,381,338 A | | 1/1995 | Wysocki et al. | 364/449 |
| 5,381,467 A | | 1/1995 | Rosinski et al. | 379/121 |
| 5,394,332 A | | 2/1995 | Kuwahara et al. | 364/449 |
| 5,398,190 A | | 3/1995 | Wortham | 364/460 |
| 5,400,020 A | | 3/1995 | Jones | 340/994 |
| 5,420,794 A | | 5/1995 | James | 364/436 |
| 5,428,546 A | | 6/1995 | Shah et al. | 364/449 |
| 5,432,841 A | | 7/1995 | Rimer | 379/59 |
| 5,440,489 A | | 8/1995 | Newman | 364/426.05 |
| 5,444,444 A | | 8/1995 | Ross | 340/994 |
| 5,446,678 A | | 8/1995 | Saltzstein et al. | 364/514 |
| 5,448,479 A | | 9/1995 | Kemner et al. | 365/424.02 |
| 5,461,374 A | | 10/1995 | Lewiner et al. | 340/994 |
| 5,483,234 A | | 1/1996 | Correel et al. | 340/994 |
| 5,483,454 A | | 1/1996 | Lewiner et al. | 364/443 |
| 5,493,295 A | | 2/1996 | Lewiner et al. | 340/994 |
| 5,493,694 A | | 2/1996 | Vlcek et al. | 455/53.1 |
| 5,506,893 A | | 4/1996 | Buscher et al. | 379/114 |
| 5,513,111 A | | 4/1996 | Wortham | 364/460 |
| 5,515,421 A | | 5/1996 | Sikand et al. | 379/67 |
| 5,519,621 A | | 5/1996 | Wortham | 364/460 |
| 5,526,401 A | | 6/1996 | Roach, Jr. et al. | 379/59 |
| 5,539,810 A | | 7/1996 | Kennedy, III et al. | 379/59 |
| 5,544,225 A | | 8/1996 | Kennedy, III et al. | 379/59 |
| 5,546,444 A | | 8/1996 | Roach, Jr. et al. | 379/59 |
| 5,552,795 A | | 9/1996 | Tayloe et al. | 342/357 |
| 5,559,871 A | | 9/1996 | Smith | 379/115 |
| 5,570,100 A | | 10/1996 | Grube et al. | 364/446 |
| 5,577,101 A | | 11/1996 | Bohm | 379/58 |
| 5,579,376 A | | 11/1996 | Kennedy, III et al. | 379/60 |
| 5,587,715 A | | 12/1996 | Lewis | 342/357 |
| 5,594,650 A | | 1/1997 | Shah et al. | 364/449.1 |
| 5,594,787 A | | 1/1997 | Ohshima et al. | 379/114 |
| 5,602,739 A | | 2/1997 | Haagenstad et al. | 364/436 |
| 5,623,260 A | | 4/1997 | Jones | 340/994 |
| 5,648,770 A | | 7/1997 | Ross | 340/994 |
| 5,652,707 A | | 7/1997 | Wortham | 364/460 |
| 5,657,010 A | | 8/1997 | Jones | 340/994 |
| 5,668,543 A | | 9/1997 | Jones | 340/994 |
| 5,673,305 A | | 9/1997 | Ross | 379/58 |
| 5,680,119 A | | 10/1997 | Magliari et al. | 340/904 |
| 5,694,322 A | | 12/1997 | Westerlage et al. | 364/464 |
| 5,694,459 A | | 12/1997 | Backaus et al. | 379/427 |
| 5,699,275 A | | 12/1997 | Beasley et al. | 364/514 R |
| 5,712,908 A | | 1/1998 | Brinkman et al. | 379/119 |
| 5,715,307 A | | 2/1998 | Zazzera | 379/265 |
| 5,719,771 A | * | 2/1998 | Buck et al. | 455/456.5 |
| 5,724,243 A | | 3/1998 | Westerlage et al. | 364/446 |
| 5,724,584 A | | 3/1998 | Peters et al. | 395/671 |
| 5,729,597 A | | 3/1998 | Bhusri | 379/115 |
| 5,732,074 A | | 3/1998 | Spaur et al. | 370/313 |
| 5,734,981 A | | 3/1998 | Kennedy, III et al. | 455/445 |
| 5,736,940 A | * | 4/1998 | Burgener | 340/994 |
| 5,739,774 A | | 4/1998 | Olandesi | 340/994 |
| 5,742,672 A | | 4/1998 | Burk | 379/198 |
| 5,751,245 A | | 5/1998 | Janky et al. | 342/357 |
| 5,760,742 A | | 6/1998 | Branch et al. | 342/457 |
| 5,771,282 A | | 6/1998 | Friedes | 379/121 |
| 5,771,455 A | | 6/1998 | Kennedy, III et al. | 455/456 |
| 5,774,825 A | | 6/1998 | Reynolds | 364/449.7 |
| 5,781,156 A | | 7/1998 | Krasner | 342/357 |
| 5,784,443 A | | 7/1998 | Chapman et al. | 379/119 |
| 5,793,853 A | | 8/1998 | Sbisa | 379/120 |
| 5,796,365 A | | 8/1998 | Lewis | 342/357 |
| 5,799,073 A | | 8/1998 | Fleischer, III et al. | 379/113 |
| 5,799,263 A | * | 8/1998 | Culbertson | 701/117 |
| 5,805,680 A | | 9/1998 | Penzias | 379/118 |
| 5,808,565 A | | 9/1998 | Matta et al. | 340/994 |
| RE35,920 E | | 10/1998 | Sorden et al. | 342/457 |
| 5,835,580 A | | 11/1998 | Fraser | 379/115 |
| 5,841,847 A | | 11/1998 | Graham et al. | 379/114 |
| 5,864,610 A | | 1/1999 | Ronen | 379/127 |
| 5,875,238 A | | 2/1999 | Glitho et al. | 379/116 |
| 5,881,138 A | | 3/1999 | Kearns et al. | 379/114 |
| 5,910,979 A | | 6/1999 | Goel et al. | 379/120 |
| 5,912,954 A | | 6/1999 | Whited et al. | 379/115 |
| 5,915,006 A | | 6/1999 | Jagadish et al. | 379/127 |
| 5,920,613 A | | 7/1999 | Alcott et al. | 379/114 |
| 5,922,040 A | | 7/1999 | Prabhakaran | 701/117 |
| 5,937,044 A | | 8/1999 | Kim | 379/121 |
| 5,943,320 A | | 8/1999 | Weik et al. | 370/259 |
| 5,943,406 A | | 8/1999 | Leta et al. | 379/120 |
| 5,943,657 A | | 8/1999 | Freestone et al. | 705/400 |
| 5,945,919 A | | 8/1999 | Trask | 340/825.491 |
| 5,946,379 A | | 8/1999 | Bhusri | 379/115 |
| 5,950,174 A | | 9/1999 | Brendzel | 705/34 |
| 5,952,659 A | | 9/1999 | Yoneyama et al. | 379/116 |
| 5,955,974 A | | 9/1999 | Togawa | 340/994 |
| 5,956,391 A | | 9/1999 | Melen et al. | 379/114 |
| 5,982,864 A | | 11/1999 | Jagadish et al. | 379/115 |
| 5,987,103 A | | 11/1999 | Martino | 379/114 |
| 5,987,377 A | | 11/1999 | Westerlage et al. | 701/204 |
| 5,991,377 A | | 11/1999 | Malik | 379/114 |
| 5,991,380 A | | 11/1999 | Bruno et al. | 379/115 |
| 5,991,381 A | | 11/1999 | Bouanaka et al. | 379/115 |
| 5,995,602 A | | 11/1999 | Johnson et al. | 379/116 |
| 6,006,159 A | * | 12/1999 | Schmier et al. | 701/200 |
| 6,094,149 A | | 7/2000 | Wilson | 340/904 |
| 6,097,317 A | | 8/2000 | Lewiner et al. | 340/994 |
| 6,111,538 A | | 8/2000 | Schuchman et al. | 342/357 |
| 6,124,810 A | | 9/2000 | Segal et al. | 340/994 |
| 6,134,501 A | | 10/2000 | Oumi | 701/209 |
| 6,137,425 A | | 10/2000 | Oster et al. | 340/994 |
| 6,144,301 A | | 11/2000 | Frieden | 340/572.8 |
| 6,178,378 B1 | | 1/2001 | Leibold | 701/202 |

**EXHIBIT A**

**US 6,904,359 B2**

Page 3

| | | | | | |
|---|---|---|---|---|---|
| 6,184,802 | B1 | 2/2001 | Lamb | .......................... | 340/994 |
| 6,191,708 | B1 | 2/2001 | Davidson | .................... | 340/994 |
| 6,222,462 | B1 | 4/2001 | Hahn | .......................... | 340/904 |
| 6,240,362 | B1 | 5/2001 | Gaspard, II | ................. | 701/209 |
| 6,253,146 | B1 | 6/2001 | Hanson et al. | .............. | 701/202 |
| 6,253,148 | B1 | 6/2001 | Decaux et al. | .............. | 701/204 |
| 6,278,936 | B1 | 8/2001 | Jones | ......................... | 701/201 |
| 6,313,760 | B1 | 11/2001 | Jones | ......................... | 340/994 |
| 6,317,060 | B1 | 11/2001 | Jones | ......................... | 340/994 |
| 6,360,101 | B1 | 3/2002 | Irvin | .......................... | 445/456 |
| 6,363,254 | B1 | 3/2002 | Jones et al. | ................. | 455/456 |
| 6,363,323 | B1 | 3/2002 | Jones | ......................... | 701/213 |
| 6,374,176 | B1 | 4/2002 | Schmier et al. | ............. | 701/200 |
| 6,400,956 | B1 | 6/2002 | Richton | ..................... | 455/456 |
| 6,411,891 | B1 | 6/2002 | Jones | ......................... | 701/201 |
| 6,415,207 | B1 | 7/2002 | Jones | ........................... | 701/1 |
| 6,486,801 | B1 | 11/2002 | Jones | ......................... | 340/994 |
| 6,492,912 | B1 | 12/2002 | Jones | ......................... | 340/994 |
| 6,510,383 | B1 | 1/2003 | Jones | ......................... | 340/994 |
| 6,618,668 | B1 | 9/2003 | Laird | .......................... | 701/200 |
| 2002/0016171 | A1 | 2/2002 | Doganata et al. | .......... | 455/456 |
| 2002/0069017 | A1 | 6/2002 | Schmier et al. | ............. | 701/213 |
| 2002/0070882 | A1 | 6/2002 | Jones | | |
| 2002/0082770 | A1 | 6/2002 | Jones | | |
| 2002/0098802 | A1 | 7/2002 | Jones | ......................... | 340/994 |
| 2002/0099500 | A1 | 7/2002 | Schmier et al. | ............. | 701/200 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| FR | 2 559 930 | 8/1985 | ............ | G08G/1/12 |
| FR | 2674355 | 7/1995 | | |
| GB | WO 93/13510 A1 | 7/1993 | .......... | G08G/1/123 |
| JP | 52066175 | 6/1977 | | |
| JP | 63288400 | 11/1988 | ............ | G08G/1/12 |
| JP | 11034872 A | 2/1999 | ........... | B61L/25/02 |
| WO | WO 90/01236 | 2/1990 | ............ | H04M/1/54 |
| WO | WO 93/13503 | 7/1993 | ............ | G08G/5/22 |
| WO | WO 94/02922 | 2/1994 | .......... | G08G/1/123 |
| WO | WO 94/27264 | 11/1994 | .......... | G08G/1/123 |
| WO | WO 96/04634 | 2/1996 | ............ | G08G/5/22 |
| WO | WO 96/16386 | 5/1996 | .......... | G08G/1/123 |
| WO | WO 98/07128 | 2/1998 | .......... | G08G/1/123 |
| WO | WO 98/08206 | 2/1998 | | |
| WO | WO 98/14926 | 4/1998 | .......... | G08G/1/123 |
| WO | WO 98/40837 | 9/1998 | ............ | G06G/7/70 |

OTHER PUBLICATIONS

"Vehicle Location and Fleet Management Systems", IEE Colloquium, Computing and Control Division, Jun. 8, 1993.

The 3rd International Conference on Vehicle Navigation & Information Systems (VNIS) Norway, Septeber 2–4, 1992, pp. 312–315.

Preiss, George; Jenson, Lillian; "The Satref and GPS Information Projects", 1992 IEEE—3rd International Conference on Vehcile Navigation Information Systems, ppp. 648–655.

"Vehicle Navigation & Information Systems Conference Proceedings" (P–253), Society of Automotive Engineers, Inc., Oct. 1991, pp. 789–796.

"1992 Compendium of Technical Papers", Institute of Transportation Engineers—INRAD: A Deminostration of Two–Way Roadway to Vehicle Communication for use in Traffic Operations, Annual Meeting, Washington, D.C. pp. 214–218.

"Paving the Way for GPS in Vehicle Tracking", Showcase World, Dec. 1992.

"Advanced Vehicle Monitoring and Communication Systems for Bus Transit", Federal Transit Administration, Sep. 1991, Revised Mar. 1993.

Koncz, et al., "GIS–Based Transit Information Bolsters Travel Options", GIS World, Jul. 1995, pp. 62–64.

Helleker, Jan, Real–Time Traveller Information—in everyone's pocket?!—a pilot test using hand–portable GSM terminals, IEEE—IEE Vehicle Navigation & Information systems Conference, Ottawa, VNIS 1993, pp. 49–52.

Burgener, E.C., et al., "A Personal Transit Arrival Time Receiver", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 54–55.

Peng, Zhong–Ren, "A Methodology for Design for a GIS–Based Automatic Transit Traveler Information System", Computer, Environment and Urban Systems, vol. 21, No. 5, pp. 359–372, 1997.

Lessard, Robert, "The Use of Computer for Urban Transit Operations", IEEE—IEE Vehicle Navigation & Information systems Conference, Ottawa, VNIS 1993, pp. 586–590.

Sommerville, Fraser, et al., "Reliable Information in Everyone's Pocket—a Pilot Test", IEEE, vol. 1927, Mar. 1994, pp. 425–428.

"PROMISE—Personal Mobile Traveller and Traffic Information Service—Specification of Promise Services, Ver. 7", Telematics Application Programme A2, Transport, Jul. 1, 1996.

"PROMISE—Personal Mobile Traveller and Traffic Information Service—Generic Promise System Architecture, Ver. 2", Telematics Application Programme A2, Transport, Sep. 10, 1996.

PROMISE—Personal Mobile Traveller and Traffic Information Service—Summary of Promise Public Relation Activities, Ver. 1, Telematics Application Programme A2, Transport, Feb. 12, 1999.

"PROMISE"—A Personal Mobile Traveller and Traffic Information Service—Abstract, The Institution of Electrical Engineers, 1997.

Sommerville, Fraser, et al., "The Promise of Increased Patronage", The Institution of Electrical Engineers, 1993, pp. 3/1–3/4.

"Automatic Transit Location System", Washington State Department of Transportation, Final Report, Feb. 1996.

"Advanced Traveler Aid Systems for Public Transportation", Federal Transit Administration, Sep. 1994.

"Advanced Vehicle Monitoring and Communication Systems for Bus Transit: Benefits and Economic Feasibility", U.S. Department of Transportation, Urban Mass Transportation Administration, Sep. 1991.

Leong, Robert, et al., "An Unconventional Approach to Automatic Vehicle Location and Control for Urban Transit", IEEE 1989, pp. 219–223.

"1994 Vehicle Navigation & Information Systems Conference Proceedings", Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 807–810.

"Vehicle Navigation & Information Systems Conference Proceedings—P–253, Part 2", Society of Automotive Engineers, Inc., Oct. 1991.

Vehicle Navigation & Information Systems—Conference Record of Papers presented at the 3rd Vehicle Navigation & Information Systems Conference 1992., Reso Hotel, Osio Plaza., pp. 49–52.

Nelson, J. Richard, "Experiences Gained in Implementing an Economical Universal Motorist System", , IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 67–71.

**EXHIBIT A**

US 6,904,359 B2

Page 4

"The Cassiope/Eurobus Approach", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 79–81.

Kihl, Mary, "Advanced Vehicle Location System for Paratransit in Iowa", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 381–384.

Gault, Helen, et al., "Automatic Vehicle Location and Control at OC Transpo", , IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 596–600.

Vehicle navigation & Information System—Conference Record of Papers presented at the First Vehicle Navigation and Information Systems Conference (VNIS '89), Sep. 11–13, 1999, pp. 602–605.

Heti, Gabriel, "Travelguide: Ontario's Route Guidance System Demonstration", , IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. A13–A18.

Jeffery, D.J., et al., "Advanced Traveller Information Systems in the UK: Experience from the Pleiades and Romanse Projects", , IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 309–313.

Sweeney, Lawrence, E., et al., "Travinfo: A Progress Report", 1994 Vehicle Navigation & Information Systems Conference Proceedings, Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 315–320.

Shimamura, Yta, et al., "Combined Position Detection System for Pedestrian/Train Mode", 1994 Vehicle Navigation & Information Systems Conference Proceedings, Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 603–606.

Zavoli, Walt, "Customer Location Services", 1994 Vehicle Navigation & Information Systems Conference Proceedings, Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 613–617.

Tanaka, Yoshimi, et al., "Automatic Traffic Information Provision System Utilizing Facsimile and Telephone (Now Operating in Osaka), 1994 Vehicle Navigation & Information Systems Conference Proceedings", Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 627–632.

McDonald, Mike, et al., "Romanse (Road Management System for Europe) Project", 1994 Vehicle Navigation & Information Systems Conference Proceedings, Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. A–11–A–14.

Scott III, Robert H., "Computer–Aided Dispatch,", 1998, pp. 46–50.

Moore, Rodney J., "Hold the Phone!", American Demographics, Ithaca, Jan/Feb 1996, p. 68.

Delong, Jr., Edgar S., "Making 911 even better", Telephony, Dec. 14, 1987, pp. 60–63.

Bruzek, Frank J., "Class Calling Service—A Consumer Service Perspective", Globecom '85 IEEE Global Telecommunications Conference, Dec. 2–5, 1985, vol. 1 of 3, pp. 11.4.1–11.4.4.

Powell, R., et al., "Real Time Passenger Information System for the Romanse Project", Colloouin Digest—IEE, Boston, Sep. 1993, pp. 9/1–9/3.

Huber, Paul, "Public Transport Information Systems in Munich", Intelligent Transport Systems World Congress '95—Second Wold Congress on Intelligent Transport System, Yokohama, Japan., Nov. 9–11, 1995, pp. 2362–2366.

Ronez, Nicholas, et al, "GIS–Based Transit Information Bolsters Travel Options", GIS World, vol. 6, part 7, Jun. 1995, pp. 62–64.

Catling, Ian, et al., "TABASCO—Improving Transport Systems in Europe", Pacific Rim TransTech Conference, Jul. 30–Aug. 2, 1995, 995 Vehicle Navigation & Information Systems Conference Proceedings, Washington State Convention and Trade Center, Seattle, Washington, USA, pp. 503–507.

Dailey, D.J., "Demonstration of an Advance Public Transportation System in the Context of an IVHS Regional Architecture", Proceedings of the First World Congress on Applications of Transport Telematics and Intelligent Vehicle–Highway Systems. Nov. 30–Dec. 3, 1994, Paris, France, pp. 3024–3031.

Hubner, Paul, "Advance Public Transportation Information in Munich", International Conference on Public Transport Electronic Systems, Conference Publication No. 42, Jun. 1996.

Thompson, S.M., et al., "Exploiting Telecommunications to Delivery Real Time Transport Information", Road Transport Information and Control, Apr. 21–23, 1998, pp. 59–63, Conference Publication No. 454 IEE 1998.

Kaminitzer, David, et al., Driver Information Systems: Influencing your Route, IEE Seminar, Mar. 3, 1999, pp. 5/1–5/5.

"Board Cites ATC in Spokane Near Miss", Article in Aviation Week & Space Technology, Mar. 28, 1977, URL: http://www.aviationnow.com.

Shifrin, Carole A., "Gate Assignment Expert System Reduces Delays at United's Hubs", Article in Aviation Week & Space Technology, Jan. 25, 1988.

"United Airlines applies TI's advance technologies to improve gate management at major airports", Article in Business Wire, Inc., Nov. 19, 1987.

Musich, Paula, "Article Designs Software to move planes, people; Unite Airline's use of Covia Corp.'s Open Systems Manager, Connectivity Section", Article in PC Week, Jun. 7, 1988, vol. 5, No. 23, p. C11.

Stoll, Marilyn, "Systems help Airlines Manage Gate Schedules; Connectivity Supplement", PC Week, Jul. 25, 1988, vol. 5, No. 30, p. C4..

Reddy, Shyamala, "Traveling LAN: United Airlines Networks Its Terminals", Article in The Local Area Network Magazine, Jan. 1990, vol. 5, No. 1, p. 108.

Fisher, Sharon, "Networked Airport Systems help Travelers find their way; United Airlines subsidiary Covia Corp. devices integrated network.", Article in Software Magazine, Mar. 15, 1990, vol. 10, No. 4, p. 31..

Henderson, Danna K., "Automation Takes aim at airports: the power of the networked PC is being unleashed on passenger handling and ramp activities worldwide.", Article in Air Transport Wold, Aug. 1990., vol., 27, No. 8, p. 52.

"United Airlines introduces United Cargo Plug I, a new cargo computer system to serve freight forwarders", Business Wire, Oct. 22, 1990.

Miller, Barry, "Special Report: Airline Equipment, Service Center", Aviation Week & Space Technology, Aug. 25, 1975, p. 51.

Lyon, Mark W., "Cargo Net Debate Splits Industry", Journal of Commerce, Specials, p. 4, Jul. 27, 1992.

Davies, I.L., et al., "Electronics and the Aeroplane", Proceedings of the Institution of Electrical Engineers, Paper No. 7604, delivered before the IEE Electronics Division, 29th Oct. 1975.

**EXHIBIT A**

US 6,904,359 B2

Page 5

"Global Niche", Flight International, Sep. 26, 1990.

"Real–Time Briefings", Aviation Week and Space Technology, Oct. 13, 1986.

Flanagan, Mike, et al., "Amelia Earhart—Mystery Still Clouds Soaring Achievements", Chicago Tribune, Jul. 5, 1987, Final Edition, p. 5, Tempo Woman.

"Official Airline Guides", Airports®, Nov. 20, 1990, Around Airports, vol. 7, No. 47, p. 485.

"Automation System Gains Acceptance", Aviation Week & Space Technology, Nov. 23, 1992, vol. 137, No. 21, p. 97.

Klass, Philip, "French Testing Ground–Derived MLS", Aviation & Space Technology, Avionics, p. 56, Dec. 15, 1975.

"Forecast Realized for ATC System", Aviation & Space Technology, Mar. 17, 1975, Avionics, p. 168.

Henderson, Danna, et al., "Ionworks: America West Automates New Phoenix Terminal Fully Integrated System to Handle Customer–Service Demands (America West Airlines Inc) (Includes Related Article Automation of passenger Service at Airports)", Airport Transport World, May 1, 1991. vol. 62.

3 Pages from a web site search under http://mit.edu/afs/net.mit/edu/project/attic/usa–today/tech/37, Jun. 12, 2003.

"What's New in passenger Handling Equipment", Air Transport World, vol. 24, p. 62, Sep. 1987.

"Senator Urges Acceleration of Navstar", Aviation & Space Technology, Avionics, p. 153, Oct. 3, 1983.

"AFSC Broadens Joint Program Efforts", Aviation & Space Technology, System Acquisition, p. 83, Jul. 19, 1976.

"Herskovitz, Don, GPS Insurance Antijamming the System; Brief Article", Journal of Electronic Defense, Dec. 1, 2000, No. 12, vol. 23, p. 41.

Hambly, Richard M., et al., "Aircraft Traffic Management on the Airport Surface Using VHF Data Link for CNS", IEEE AES Systems Magazine, Mar. 1995, pp. 9–13.

Berzins, G., et al., "INMARSAT: Worldwide Mobile Satellite Services on Seas, in Air and on Land", Space Technology, vol. 10, No. 4, pp. 231–237, 1990.

Jenney, L.L., et al., "Man as Manager of Automated Resources in an Advanced Air Traffic System", J. Aircraft, vol. 12, No. 12, Dec. 1975.

"Routing & Scheduling System, improvements from RTSI; Routing Technology Software, Inc.; Product Announcement", Modern Brewery Age, vol. 43, No. 3, p. 11S, Jan. 20, 1992.

Yanacek, Frank, "Hitching to the stars; satellites for shipment tracking", Research Information Transportation Journals, Combined, No. 6, vol. 29, p. 16.

Stoll, Marilyn, "For on–the–road firms, hand–held terminals are pivotal. Connectivity", Research Information Transportation Journals, Combined, No. 34, vol. 5, p. C11.

"IBM and Hunt to Market New Truck Tracker; International Business Machines", J.B. Hunt Transport Services; Brief Article, No. 210, vol. 101, p. 4.

Klass, Philip J., "Two Carriers Plan Automatic Data Link", Aviation Week and Space Technology, Air Transport Section, May 23, 2977, p. 36.

"Data Link Evolved Over Three Decades", Aviation Week and Space Technology, Air Transport Section, May 23, 1977, p. 36.

Klass, Philip J., "American to Install Printers in Cockpits", Aviation Week and Space Technology, Avionics, Jul. 21, 1980, p. 56.

Lefer, Henry, "Computers on a boon to E&M, but at a price", Air Transport World, vol. 23, p. 53, Feb., 1986.

Donaghue, J.A., "Choice of Data Link Systems Expands as New Generation Hits the Market", Air Transport World, vol. 20, p. 58, Apr. 1983.

Klass, Philip J., "Digital Network Could Improve Aircraft Links to Operations, ATC", Aviation Week and Space Technology, International Air Transport Section, vol. 131, No. 21, p. 121, Nov. 20, 1989.

Board Cites ATC in Spokane Near Miss, Article in Aviation Week & Space Technology, Safety Section, Mar. 28, 1977, p. 59.

"Vicorp Interactive Systems", Aviation Daily, Aviation Suppliers Section, vol. 309, No. 17, p. 147.

Neumann, Dr. Horst, "ATC Concepts with Extensive Utilization of Automatic Data Processing", pp. 4–1 to 4–9; no Publication Information or date information provided.

Maxwell, Robert L., "Automation Possibilities in Air Traffic Control", pp. 561–563, no Publication Information or date information available.

"History of GPS", 3 pages, no Publication Information or date information available.

"Road Transport Research—Intelligent Vehicle High Systems—Review of Field Trials", prepared by An OECD Scientific Expert Group, pp. 1–101, Organisation for Economic Co–Operation and Development—no date information available.

Ratcliff, Robert, et al., Transportation Resources Information Processing System (TRIPS), pp. 109–113, no Publication Information or date information available.

Balke, Kevin,, et al., Collection and Dissemination of Real-Time Travel Time and Incident Information with In–Vehicle Communication Technologies, pp. 77–82, no Publication Information or date information available.

Moriok, et al., "Advanced Vehicle Monitoring and communication Systems for Bus Transit—Benefits and Economic Feasibility", Final Report—U.S. Department of Transportation, Sep. 1991, Revised Mar. 1993, Dot–T–94–03.

Brynielsson, Thore, Step by Step Development Towards Attractive Public Transport, Chalmers University of Technology, Gotebord, Sweden, Department of Transportation, 1976.

* cited by examiner



EXHIBIT A



FIG 2

**EXHIBIT A**

U.S. Patent          Jun. 7, 2005          Sheet 3 of 45          US 6,904,359 B2



FIG 3

EXHIBIT A



FIG 4

**U.S. Patent**     Jun. 7, 2005     Sheet 5 of 45     US 6,904,359 B2



EXHIBIT A



FIG. 6



FIG 7



FIG 8

EXHIBIT A



FIG 9

EXHIBIT A



FIG 10



FIG 11



FIG. 12



FIG. 13

EXHIBIT A



FIG 14

U.S. Patent        Jun. 7, 2005        Sheet 15 of 45        US 6,904,359 B2



FIG 15

EXHIBIT A



FIG 18

U.S. Patent          Jun. 7, 2005          Sheet 17 of 45          US 6,904,359 B2



FIG 17

U.S. Patent        Jun. 7, 2005        Sheet 18 of 45        US 6,904,359 B2



FIG. 18

EXHIBIT A

U.S. Patent          Jun. 7, 2005          Sheet 19 of 45          US 6,904,359 B2





FIG 21



FIG 22

EXHIBIT A





FIG 25

EXHIBIT A



FIG. 26

EXHIBIT A

U.S. Patent        Jun. 7, 2005        Sheet 25 of 45        US 6,904,359 B2



FIG. 28

EXHIBIT A

U.S. Patent — Jun. 7, 2005 — Sheet 26 of 45 — US 6,904,359 B2



FIG 27

EXHIBIT A



FIG. 28

EXHIBIT A

**U.S. Patent**         Jun. 7, 2005         Sheet 28 of 45         US 6,904,359 B2



FIG 30

EXHIBIT A



EXHIBIT A

U.S. Patent          Jun. 7, 2005          Sheet 30 of 45          US 6,904,359 B2



FIG 32

EXHIBIT A

U.S. Patent          Jun. 7, 2005          Sheet 31 of 45          US 6,904,359 B2



EXHIBIT A

U.S. Patent           Jun. 7, 2005           Sheet 32 of 45           US 6,904,359 B2



FIG 34

EXHIBIT A

**U.S. Patent**   Jun. 7, 2005   Sheet 33 of 45   US 6,904,359 B2



EXHIBIT A





EXHIBIT A



EXHIBIT A



EXHIBIT A



**FIG 40**



**FIG 41**

EXHIBIT A



FIG 42



FIG 43

EXHIBIT A



FIG. 44

U.S. Patent          Jun. 7, 2005          Sheet 41 of 45          US 6,904,359 B2



FIG. 45

EXHIBIT A



BASE STATION CONTROL PROCESS #2

54 — COMMUNICATE VEHICLE LOCATION AND / OR OTHER INFORMATION WITH VCU/S

55 — STORE VEHICLE INFORMATION

56 — RECEIVE REQUESTS FOR VEHICLE INFORMATION FROM PERSONS COMPUTERS EQUIPPED WITH AHS SOFTWARE

57 — LOOKUP VEHICLE INFORMATION ASSOCIATED WITH VEHICLE LOCATION, ROUTE OR STOP, ADDRESS, ETC.

58 — IF INFORMATION IS AVAILABLE, SEND INFORMATION BACK TO PERSONS COMPUTER

14

FIG 47

BASE STATION CONTROL PROCESS #1

47 — COMMUNICATE VEHICLE LOCATION AND OR OTHER INFORMATION WITH VCU/S

48 — STORE VEHICLE INFORMATION

49 — STORE USER NOTIFICATION PREFERENCES

50 — DETERMINE ROUTE LIST ORDER AND ROADS TO BE TAKEN BY DRIVER OF DELIVERY VEHICLE

51 — DETERMINE LOCATION/S TO ACTIVATE IMPENDING ARRIVAL MESSAGE/S FROM GPS LONGITUDE LATITUDE NUMBERS ON A MAP

52 — IS A VEHICLE AT A LOCATION TO ACTIVATE AN IMPENDING ARRIVAL MESSAGE?

53 — SEND MESSAGE TO PERSONS COMPUTER OF VEHICLE'S LOCATION

14

FIG 46

**EXHIBIT A**



FIG 48

EXHIBIT A



FIG 49

EXHIBIT A



**EXHIBIT A**

US 6,904,359 B2

**1**

## NOTIFICATION SYSTEMS AND METHODS WITH USER-DEFINABLE NOTIFICATIONS BASED UPON OCCURANCE OF EVENTS

This application is a divisional of application Ser. No. 08/852,119 filed on May 6, 1997 now U.S. Pat. No. 6,748, 318, which is a continuation-in-part of application Ser. No. 08/434,049, filed on May 2, 1995, now U.S. Pat. No. 5,623,260, and a continuation-in-part of application Ser. No. 08/432,898, filed May 2, 1995, now U.S. Pat. No. 5,647,010, and a continuation-in-part of application Ser. No. 08/432, 666, filed on May 2, 1995, now U.S. Pat. No. 5,668,543, said application Ser. No. 08/434,049, is a continuation-in-part of application Ser. No. 08/407,319, filed on Mar. 20, 1995, now abandoned, which is a continuation-in-part of application Ser. No. 08/063,533, filed May 18, 1993, now U.S. Pat. No. 5,400,020, said application Ser. No. 08/432,898, is a continuation-in-part of application Ser. No. 08/407,319, which is a continuation-in-part of application Ser. No. 08/063,533, said application Ser. No. 08/432,666, is a continuation-in-part of application Ser. No. 08/407,319, which is a continuation-in-part of application Ser. No. 08/063,533, said application Ser. No. 08/852,119 claims priority to provisional application No. 60/039,925, filed on Mar. 7, 1997. All of the foregoing patent applications and patents are incorporated herein by reference in their entirety.

### FIELD OF THE INVENTION

The present invention generally relates to data communications and information systems and, more particularly, to advance notification systems and methods for notifying users in advance of the impending arrival of a vehicle or user, for example but not limited to, a bus, train, delivery van, plane, fishing vessel, or other vessel, or user walking or riding, to or at a particular stop.

### BACKGROUND OF THE INVENTION

There are many situations when it is desirable for people to know of the approximate arrival time of a particular vehicle, the distance of a particular vehicle approaching, when a vehicle crosses particular location points, and when a particular vehicle is leaving its last stop, all shortly before the vehicle is to arrive at a particular destination. With such information, passengers, users, and companies can adjust their schedules accordingly and avoid having to wait on a particular vehicle to reach a particular destination. For example, a user having to pick up a friend or relative at a commercial bus station either has to call the bus station to find out the approximate arrival time (information which is oftentimes unavailable) or plan on arriving at the bus station prior to the scheduled arrival time of the bus and hope the bus is not delayed.

Another example includes a user walking and carrying a device such as a mobile phone or communication device with a location device, such as global positioning system (GPS) receiver, connected for sending location information to a control unit. This control unit can broadcast a user impending arrival time, distance to be traveled before arriving, specific location points and/or the time when leaving their last stop. This information may be broadcast to an employer, spouse, parent, or other user, when the vehicle/ user reaches a predetermined location.

Another example involves school children that ride school buses. School children who ride buses to school often have to wait at their bus stops for extended lengths of time because school buses arrive at particular bus stops at sub-

**2**

stantially different times from one day to the next. The reason is that school buses are not always the best-maintained vehicles on the roads, frequently operate during rush hour traffic, and must contend with congested urban/ suburban conditions. As a result, school children are forced to wait at their bus stops for long periods of time, oftentimes in adverse weather conditions, on unlit street corners, or in hazardous conditions near busy or secluded streets. If it is raining, snowing, windy and cold, and/or even dark, such conditions can be unhealthy and unsafe for children.

Yet another example is in the commercial overnight package delivery industry, wherein packages are delivered on a tight schedule.

It is desirable to notify a user at a delivery stop for better customer preparation as the vehicle approaches. By the customer becoming better prepared and a delivery driver being able to deliver more packages per day, an overnight package delivery company can increase profits by requiring fewer vehicles to deliver more packages in a business day. Additionally, individuals already try to project the arrival of a vehicle or package by online package tracking services provided by commercial delivery companies, such as the United Parcel Service (UPS), Federal Express (FED-X), and others. Although traditional methods used in determining when a vehicle is to arrive at a stop is effective in some cases, a more precise method using a pre-warning message can be more helpful in providing accurate information. Currently, such vehicles, in order to ensure being able to deliver all packages in the same day, keep loads at a lower capacity and often predetermine the need for excessive waiting times at a percentage of vehicle stops when customers react slowly to their arrival.

Thus, generally, it would be desirable for a user to know when a vehicle (such as a bus, truck, train, plane, user, or the like) is (a) a particular time period (for example, number of minutes or seconds) away from arriving at a destination, (b) a particular distance (for example, number of miles or height) away from the destination, or (c) at a particular location among a set of location points, so that the user can adjust his/her schedule and avoid arriving too early or too late.

In the past, in order to combat the arrival time problem in the context of school buses, student notification systems have been employed that use a transmitter on each bus and a receiver inside each student home. U.S. Pat. No. 4,713,661 to Boone et al. and U.S. Pat. No. 4,350,969 describe systems of this type. When the school bus and its on-board transmitter come within range of a particular home receiver, the transmitter sends a signal to notify the student that his/her school bus is nearby. While such notification systems work satisfactorily under certain circumstances, nevertheless, these systems are limited by the range of the transmitters and require the purchase of relatively expensive receivers for each student. In addition, such systems provide little flexibility for providing additional information to the students, such as notifying them of the delayed arrival of a bus, alternative bus route information, or information regarding important school events.

### SUMMARY OF THE INVENTION

Briefly described, the present invention provides, among other things, methods and systems for a vehicle status reporting system for allowing a user to define when a user will receive a vehicle status report about the status of a mobile vehicle, in relation to a location, for establishing a communication link between the system and the user, and

**EXHIBIT A**

US 6,904,359 B2

3

for delivering the status report during the communication link, the status report indicating occurrence of one or more events.

The present invention is suited for many applications. As nonlimiting examples, the present invention could be employed in connection with overnight delivery services, commercial buses, trains, planes, pickup vehicles, fishing or shipping vessels, delivery vehicles, individuals carrying location devices and/or delivery sensors and/or other sensors for determining location, etc.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be better understood with reference to the following drawings. The drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating the principles of the present invention. Moreover, like reference numerals designate corresponding parts throughout the several views.

FIG. 1 is a high level schematic diagram of an advance notification system of the present invention as applied to a delivery truck system, as an example, the advance notification system generally comprising a vehicle control unit (VCU) in communication with a base station control unit (BSCU), which is in turn in communication with a customer computer and/or computer address, the customer computer then offers a video and/or audio display.

FIG. 2 is a high level schematic diagram of an advance notification system of the present invention as applied to a delivery truck system, as an example, the advance notification system generally comprising a VCU in communication with a BSCU, which is in turn in communication with a customer computer and/or computer address, a customer's business or home telephone, a customer's mobile phone, a customer's wireless pager, and a customer's television, these devices offer an improved method for notifying a person of the impending arrival of people or vehicles.

FIG. 3 is a high level flow chart diagram of the advance notification system of the present invention as applied to a delivery truck system, as indicated in this diagram, the advance notification system generally comprises a vehicle monitoring process for determining the location of vehicle's remotely, a messaging component for sending electronic messages when a vehicle reaches a predetermined point prior to the arrival at a person's stop, and a person's computer connected to a network (e.g., Internet) for receiving and displaying an impending arrival message.

FIG. 4 is a high level flow chart diagram for determining when to use a second method of sending an impending arrival message to a person. This diagram shows how a telephone call can be activated first and if unsuccessful, determined by the retry attempts in this diagram, secondly sends a computer message. Asking an individual receiving an electronic message to respond could reverse this and if no response was received back, a telephone call to the person would be made. Also worth noting, the messaging method to an individual could always be one, both, or others.

FIG. 5 is a high level flow chart diagram of different messaging options. While one method is suitable for some people, two or more different type messaging methods are more likely to be effective for others. The diagrams show the options for receiving impending arrival messages as a message to a computer address, a telephone call with a message (if answered), a message on a pager, and a message to a person's television address.

FIG. 6 is a high level flow chart diagram for activating an impending arrival message when electronic mail (E-Mail) is

4

received on a person's computer or at a person's computer address. An impending arrival message in the form of an electronic message or more commonly known as E-Mail, activates additional software, setup with user preferences, for tailored audio announcements and video displays.

FIG. 7 is a high level modular diagram of the overall operation of the advance notification system described as system configuration and necessary to show the differences of individual module configurations. Additionally, this configuration is a simple diagram of an advance notification system, designed to send a user's computer address a message when a vehicle is approaching and also used as an overview of FIG. 1.

FIG. 8 is another high level modular diagram of the overall operation of the advance notification system described as system configuration and necessary to show the differences of individual modular configurations. Additionally, this configuration is a simple diagram of an advance notification system, designed to send a user computer vehicle location information only, for the user computer to determine when to notify the user and send a message to the computer screen and also by audio means, when a vehicle is approaching.

FIG. 9 is another high level modular diagram of the overall operation of the advance notification system described as system configuration and necessary to show the differences of individual modular configuration preferences of different systems. Additionally, this configuration is a simple diagram of an advance notification system, designed to send a message about the next stop to a users computer as the last delivery (prior to the impending stop) is made and thus notify the user via a message on a computer screen and audio means, when a vehicle is approaching.

FIG. 10 is another high level modular diagram of the overall operation of the advance notification system described as system configurations and necessary to show the differences of individual modular configuration preferences of each system. Additionally, this configuration is a simple diagram of an advance notification system, designed to determine a vehicle location by a stop, or delivery at a particular location, without GPS or normal location devices on the vehicle. This system determines vehicle location from a delivery list and acknowledgment of each delivery to the BSCU. The address and distance to the next stop is determined by routing software, mapping software, past records of travel, and actual traffic data systems, compared in the BSCU to determine time, distance, and actual vehicle location prior to a user stop. The ability to notify a user computer as the pre-selected advance notification preferences are activated allows the system to notify the user of a message on a computer screen and/or by audio means when a vehicle is approaching. Other combinations of the configurations (FIG. 7 through FIG. 10) are used based on application, business, and customer needs.

FIG. 11 is a high-level schematic circuit diagram of the VCU. The VCU is designed to be a compact unit with a generally rectangular housing that is mounted preferably on or in front of the dashboard of the vehicle in view of and within reach of the vehicle driver. In the housing, the microprocessor controller is interfaced with the transceiver by a transceiver jack (preferably a conventional 8-conductor telephone jack when transceiver is a mobile telephone), and the transceiver includes an antenna for transmitting and/or receiving signals to and from the BSCU. Further, the VCU includes a liquid crystal display (LCD) module disposed for external viewing of the display by the driver and for providing information to the driver, as described previously.

**EXHIBIT A**

US 6,904,359 B2

**5**

FIG. **12** is a low level block diagram of the VCU of FIG. **11**.

FIG. **13** is a flow chart of a vehicle control process for the VCU and BSCU.

FIG. **14** is an example of a route list after calculations have determined the route stop order and the time between stops. The left side shows GPS longitude/latitude coordinates and estimated time between stops that is maintained in the VCU database, while the right side shows the mailing address and stop number to be displayed on an LCD.

FIG. **15** is a diagram showing how to determine route stop timing events with past route averages and actual live inputs from VCU's for a combined calculation for better estimations of a vehicle actual location between communication updates and improved accuracy of impending arrival messages.

FIG. **16** is a diagram of an event schedule for sequencing and activating of impending arrival messages from predetermined locations, time before arrival and distance before arrival of a particular vehicle.

FIG. **17** is an example diagram of a messaging event sequence when sending messages to users before the vehicle arrives. Moreover, it shows an update message used when a particular vehicle is delayed. The update message is used when a person is notified and waiting on a vehicle to arrive, but the vehicle is delayed after passing the activation point for sending the first message.

FIG. **18** is a flow chart of when a second or third message is used and how the BSCU determines the activation of these messages.

FIG. **19** is a diagram of an example of a method for determining vehicle location without the vehicle being equipped with a location device, such as a GPS, or other devices used for odometer/distance reading device, etc., in an advance notification system. This flow chart diagram illustrates a method for determining vehicle location from a delivery list, actual delivery or attempt to deliver notices and route determining software in the BSCU and/or a user computer. The route and/or mapping software determines the vehicle path (roads) to the next stop and then calculates the distance from mapping software. Furthermore, the vehicle location is associated with time for determining a moving vehicle location. This vehicle location/time is calculated from past route data, mapping software of speed limits, stops signs, red lights, etc. and/or traffic monitoring systems with sensors normally located along the roadside. It also provides an inexpensive means for determining a vehicle time, distance, and/or location away from a home or business for activating an advance notification message of an impending arrival of a vehicle from different user preferences.

FIG. **20** is a flow chart of a simple and low cost advance notification system for notifying users of the impending arrival of a particular vehicle, when the vehicle leaves it's last (prior) stop, and on it's way to the user's stop.

FIG. **21** is a high level flow chart for determining the reliability of a vehicle's location without constant communication. A vehicle's location determining factor (VLDF) is calculated by the BSCU from past route averages, including roads/streets, time of day, vehicle driver, day of week, week of year (holidays normally take more time), and averaged for a particular route, time, and day.

FIG. **22** is a diagram of an example of the communication flow of an advance notification system using a computer network. The BSCU is equipped with a computer network

**6**

site for interfacing and displaying information on a person's computer for setting up and starting the advance notification service. Additionally shown is how the personal preferences are processed and impending arrival messages are activated when the vehicle's location matches the personal preferences.

FIG. **23** is a high level flow chart for determining when to use a cycle communication protocol. This chart discloses one method for lowering communication while a vehicle is in route for an advance notification system.

FIG. **24** is a high level flow chart for showing the methods for determining when to program a VCU with cycle communication before a route starts.

FIG. **25** is a high level flow chart of a user computer equipped with software for displaying audio and video, and moreover, the user preferences for playing audio messages and/or video displays when impending arrival messages are received.

FIG. **26** is a diagram and example for accessing and receiving advance notification information when accessing an Internet or computer site page.

FIG. **27** is a table used for determining activation points for impending arrival messages. The roads and locations are normally taken from past records and mapping software for placing a user's request at particular location points associated with a distance, time, or other location activation areas for starting an impending arrival message.

FIG. **28** is a graphic of a map showing impending arrival activation points when a user request is compared with distance, time, or locations, for activating an impending arrival message/s.

FIG. **29** through **39** is diagrams of user preferences and on-screen displays of the advance notification system, as a user is connected over a computer network and/or is operating proprietary software.

FIG. **29** is a diagram and example of an on-screen display of a user connecting to a internet computer site/location. To sign-up for the advance notification service a user has the ability to download the software for additional displays and audio options or to signup on-line through a computer connection.

FIG. **30** is a diagram and example of an on-screen display for entering the users home or business address, telephone number, and computer address (not shown). It would also be obvious to enter pager numbers, mobile phone numbers, cable television box identification numbers and other communication hardware addresses that would notify the user of an impending arrival of a vehicle, when the vehicle reaches a predefined location, time, prior stop, or distance.

FIG. **31** is a diagram and example of an on-screen display for showing the user location on a map and how the location is confirmed by the user.

FIG. **32** is a diagram and example of an on-screen display for providing the user with a choice of different type notification messages based on the type or category of selected vehicles. This allows (if optioned) the user, as an example, to receive an impending arrival message from a school bus when the school bus is five minutes away and an impending arrival message from a delivery truck when the vehicle is two miles away.

FIG. **33** is a diagram and example of an on-screen display of user options for being notified when a vehicle is at a predetermined time, distance, or particular location. This screen is not shown when a vehicle or company predefines when an impending arrival message is sent.

**EXHIBIT A**

US 6,904,359 B2

7

FIG. **34** is a diagram and example of an on-screen display for adjusting the amount of time before a vehicle arrives to send an impending arrival message. Additionally, a map can show actual activation points, based on vehicle type/s, if optioned (FIG. **28**).

FIG. **35** is a diagram and example of an on-screen display for adjusting the amount of distance before a vehicle arrives to send an impending arrival message. Additionally, a map can show actual activation points, based on vehicle type/s, if optioned (FIG. **28**)

FIG. **36** is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a circle perimeter around a stop or location. The activation points are at the outside areas of the circle and matching road/street addresses.

FIG. **37** is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a grid perimeter around a stop or location. The activation points are at the outside areas of the grid area/s and matching road/ street addresses.

FIG. **38** is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a perimeter around a stop or location by placing street markers onto a map roads and streets. The activation points are the street markers located at the road/street addresses. Additionally, (not shown) all roads/street markers should close a perimeter around a users home or business.

FIG. **39** is a diagram and example of an on-screen display for user options and needed for selecting methods of receiving impending arrival messages over a computer network to a user computer and/or ringing a user telephone. Although not shown in this configuration and illustration, other messaging methods, such as a personal pager, a mobile phone, a cable television box, or other communication devices could be used to notify a user when a vehicle reaches a predetermined location, time, prior stop, or distance, and therefore could be added to FIG. **39**.

FIG. **40** is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's next stop in a text format for the driver. This text format could be changed to show a map with highlighted roads to the next stop or actual directions (not shown).

FIG. **41** is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order and the next stop/delivery to be made, as highlighted.

FIG. **42** is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order with next stop/delivery to be made, and a stop that has been moved (lower highlighted area with (M) on left side) from an earlier route stop, as previously indicated in FIG. **41**.

FIG. **43** is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order with next stop/delivery to be made, and a stop that has been rescheduled from an attempted delivery (lower highlighted area with (AR) on left side) from an earlier route stop.

FIG. **44** is a diagram and example of a vehicle control unit (VCU) and a flow chart showing a method for determining

8

when the route list is completed and sending additional information to the VCU display for the driver to return to a loading area, as an example.

FIG. **45** is a flow chart diagram of a personal computer operating advance notification software and communicating with the BSCU for actual vehicles, and said vehicles' related information, that are approaching their stop. Additionally, this configuration is another example for operating software on a person's computer, for activating an impending arrival message to the user, when a vehicle is approaching.

FIG. **46** is a high level flow chart diagram of a BSCU and control process when the BSCU initializes, activates, and sends impending arrival messages, as opposed to FIG. **47**, when the BSCU is not used for sending impending arrival messages, but vehicle location information to a computer equipped with advance notification software.

FIG. **47** is a high level flow chart diagram of a BSCU and control process, when the BSCU sends vehicle location information to remote computers, for activation of impending arrival messages on user computers.

FIG. **48** is a high level flow chart diagram of the initialization process between the VCU and The BSCU. Additionally, this illustration shows a configuration for the BSCU to configure the VCU clock and the communication method.

FIG. **49** is an example and diagram of a computer screen connected by software/hardware to an internet service provider and receiving an vehicle's impending arrival message in the form of E-Mail or electronic mail.

FIG. **50** is a high level flow chart diagram of a method for receiving impending arrival messages through a satellite television link or cable television link, and displaying the impending arrival information on a person's television.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The features and principles of the present invention will now be described relative to preferred embodiments thereof. It will be apparent to those skilled in the art that numerous variations or modifications may be made to the preferred embodiments without departing from the spirit and scope of the present invention. Thus, such variations and modifications are intended to be included herein within the scope of the present invention, as set forth and defined in the claims.

I. System Architecture

Referring now in more detail to the drawings, wherein like reference numerals designate corresponding parts throughout the several views; FIG. **1** is a schematic diagram of the advance notification system **10** of the present invention, as configured to operate for example, but not limited to, a delivery truck system.

The advance notification system **10** comprises, preferably, a plurality of on-board vehicle control units (VCU) **12**, a single base station control unit (BSCU) **14**, and a plurality of user computers **29** and/or additional communication devices **36***x*. As configured in the delivery truck system **10**, a VCU **12** is installed in each of a plurality of delivery trucks **19**, all of which communicate with the BSCU **14**. Moreover, the BSCU **14** communicates with the computers **29** and/or a person's telephone **36***b*, a person's pager **36***e*, a person's mobile phone **36***c* or a person's television **36***d*, at one or more locations **36***x* (FIG. **2**), in the present example of an application.

A. Vehicle Control Unit

The VCU **12** will now be described with reference to FIGS. **1**, **11**, and **12**. Referring first to FIG. **1**, each VCU **12**

**EXHIBIT A**

US 6,904,359 B2

9

comprises a microprocessor controller **16**, preferably a model MC68HC705C8P microprocessor controller that is manufactured by and commercially available from the Motorola Corporation, USA. The microprocessor controller **16** is electrically interfaced with a communication mechanism **18**, preferably a wireless communication device, for enabling intercommunication of data with the BSCU **14**. Examples of suitable wireless communication devices include a mobile telephone (e.g., cellular) and a transceiver (having both a transmitter and a receiver) operating at a suitable electromagnetic frequency range, perhaps the radio frequency (RF) range. In the embodiment using a wireless RF transceiver as the communication mechanism **18**, data can be sent in bursts in the form of in-band tones, commonly called "twinkle tones". These tone bursts can occur in the background of an existing voice channel. Twinkle tones are oftentimes used in transportation systems, such as taxicab communications systems.

The microprocessor controller **16** is electrically interfaced with a system menu switch **21**, an attempt to deliver switch **22**, a reschedule stop switch **23**, a clock **24**, and GPS location device sensor **25**. Generally, vehicle tracking is accomplished by monitoring the control switches **21**–**23**, the GPS location sensor **25**, the power (**35**) to the controller **16**, and a onboard package inventory and delivery database (FIG. **11**). Additionally, existing switches, such as door, seat, placing the vehicle in drive, and/or driver held package-tracking devices **20** may also be used or added to existing switches. It is recommended that all of the foregoing features be employed to provide redundant checking and control of communication. More specifically, the system menu switch **21** includes options for route starting and resetting, driver responses to messages sent from the BSCU, suspended operation (lunch, breaks, etc.), emergency activation, etc. The system menu switch **21** operates by scrolling upward and downward through options and selecting by pressing left or right on the control knob. Special events also are programmed to occur throughout a normal day of operation such as, on screen displays to the driver and driver prompts to enter a response "are you starting your route?" or "when are you breaking for lunch, after this stop?" or "stop **115** 3rd street has responded to message and is available to receive a package or not available for delivery". Would you like to reschedule this delivery for today?" etc. The attempt to deliver switch **22** can be actuated by the driver upon reaching a user stop and finding no one available to sign for and/or receive a package, in order to inform the VCU **12** that a stop has been made and the package is still on board, the details of which will be further described hereinafter. The driver at a stop can actuate the reschedule stop switch **23** if the driver is planning to revisit the stop in the same day, as will be further described in detail hereinafter. This indicates to the microprocessor controller **16** that a display module **33** and memory should be updated. In essence, the attempt to deliver switch **22** and the reschedule stop switch **23** cause the stop designation to be rescheduled for a second time in a day or for the following day. The actual displayed information on the display module **33** is acceptance of input and further instructions, normally when the reschedule stop switch is activated. Additional options include the placement of the stop to be rescheduled within the upcoming stops in that day. The stored driver choices in the VCU **12** from the attempt to deliver and/or the reschedule stop switch/s, are sent to the BSCU respectively. Additional menu options **21** can be added to the VCU in the form of buttons, as shown in FIG. **40**.

The VCU **12** can be configured so that the operation of the system menu switch **21**, the attempt to deliver switch **22**, and

10

the reschedule stop switch **23** are purely optional. In this configuration, the location sensor **25** automatically accomplishes the aforementioned functions of the switches **21**–**23**. However, in a simple configuration the delivery driver has no user functions and the VCU sends package, delivery, and time information only to the BSCU (FIGS. **19** and **20**). The range of configurations is provided for the types of deliveries and nature of a company and its packages or cargo. As an example, a furniture delivery company only delivers a limited number of packages per day. Most delivery times (on location) for furniture is unpredictable and, therefore, advanced features needed for quicker and more frequent stops are not needed.

However, in one of the simplest configuration, the delivery driver has no user functions and the VCU is not equipped with a location-determining device. The VCU is equipped with a package sensor only, and the package sensor sends signals to the BSCU for the actual delivery of a package at a stop. Furthermore, for the BSCU to determine notification time, distance, location on a map, or broadcast the delivery vehicle's next stop, the BSCU should store the driver's route in its data base and/or receive next stop information from the VCU or other stored means. Other types of information may also be displayed on the display module **33**. For example, the display module **33** may inform the driver of a particular vehicle, to meet another driver for load sharing (as in a holiday season, or when a driver experiences an emergency, such as a breakdown from a deflated tire or involvement in an accident), and the status of the VCU **12** in communication with the BSCU **14**, or that the advance notification system **10** is operating.

A sensor comparison in the VCU provides the BSCU with more accurate vehicle operational intentions, such as a vehicle door sensor and a location device (e.g., GPS) which may be compared for knowing if the driver has started to the next stop. A cross reference of these sensors and switches can make a determination between the vehicle making a delivery stop and stopping at a road sign or red light or rest area. By comparing the location device outputs and determining when the vehicle is stopped, with the delivery door sensor, a determination of a stop can be assured. Other calculations can be utilized on single sensors such as to count the number of times the delivery door opens and closes, or as a package is scanned as it enters or leaves a vehicle.

A positioning system **25** can be used to determine the geographical position of the vehicle **19** on or above the earth's surface. The positioning system **25** could be GPS (global positioning system), the LORAN positioning system, the GLONASS positioning system (USSR version of GPS), or some other suitable position tracking system.

FIGS. **7**, **8**, **9**, and **10**, are modular component diagrams of the advance notification system **10** of the present invention, as configured to operate for example, but not limited to, delivery truck systems. Furthermore, each diagram helps to show examples of VCU **12** in different, but not limited to, system configurations and applications. It will be apparent to those skilled in the art that numerous other variations or modifications may be made to the preferred embodiments without departing from the spirit and scope of the present invention.

To better understand the modules within VCU **12**, FIGS. **7**, **8**, **9**, and **10**, are examples of different configurations for providing advance notification of an impending arrival of a particular vehicle. Moreover, to understand the VCU **12** in different systems, FIGS. **7**, **8**, **9**, and **10**, are illustrations and

**EXHIBIT A**

US 6,904,359 B2

11

modular diagrams of the advance notification system and how the VCU **12** interacts with the other system components. FIG. **7**, is an advance notification system **10** comprising, preferably, a plurality of on-board vehicle control units (VCU) **12**, a modular Base Station Control Unit (BSCU) **14** and one or more person's linked to a computer network with one or more computers **36**. In this configuration each Vehicle Control Unit (VCU) **12** is equipped with a global positioning system (GPS) **25** receiver for receiving satellite signals for determining vehicle location. The global positioning system (GPS) receiver sends positioning data to the Computer Controller (CC) **12***a*. The computer controller from a hierarchy standpoint controls the overall operation of the Vehicle Control Unit (VCU) **12**. The computer controller **12***a* interacts with the Cellular Transceiver (CT) **18***a* and establishes wireless communication through the Wireless Transceiver (WT) **26** to the Base Station Control Unit (BSCU) **14**. Actual communication between the Vehicle Control Unit (VCU) **12** and the Base Station Control Unit (BSCU) **14** can occur when the Computer Controller (CC) **12***a* receives wireless communication from the Base Station Control Unit (BSCU) **14**, or when predefined User Input Controls (UIC) **21***a* are activated, or when a predetermined time period has expired, or a predetermined vehicle location is determined, through the Global Positioning System (GPS) **25** receiver. The actual communication protocol is normally set by the Base Station Control Unit (BSCU) **14** and established from the end-user requirements during the setup of each system.

The advance notification system **10** is customized for each system implementation for communication optimization needed for lowering the number of wireless messages and the cost between the Vehicle Control Unit (VCU) **12** and the Base Station Control Unit (BSCU) **14**. As an example, when vehicles have extended and long drives, normally in rural or remote areas, communication can be stopped until the vehicle reaches a predetermined location, time, or when polled by the (BSCU) **14**. Upon reaching the predefined location, or the expiring of a predefined time period, or when polled by the (BSCU) **14**, communication is restarted. Additionally, the actual communication can be triggered by the activation of a User Input Control (UIC) **21***a*. As an example, when a vehicle driver activates the User Input Control (UIC) **21***a* (when a package is delivered and sensor is activated), communication from the Vehicle Control Unit (VCU) **12** to the Base Station Control Unit (BSCU) **14** can be established. Because the (BSCU) **14** controls the communication protocols (ability to analyze travel data for best communication methods, then down loaded to VCU **12**) in the (VCU) **12**, multiple combinations in most trucks can be used to limit communication.

FIGS. **8**, and **9**, are illustrations of advance notification system configurations, without the use of a Global Positioning System (GPS) as shown in FIGS. **1, 2, 6, 7**, and others. These configurations illustrate a system for notifying a Person's Computer (PC) **36** by tracking each vehicle's package delivery attempt, by monitoring User Input Controls (UIC) **21***a* and each truck route list with order of delivery (RL) **21***b*. By monitoring each vehicle's attempted delivery and their particular route order, advance notification can be set for a prior stop, a particular estimated location using mapping software and/or past records of vehicle times associated with package delivery stops and the time between.

FIG. **11** is a schematic circuit diagram of the VCU **12**.

The VCU **12** is designed to be a compact unit with a generally rectangular housing **34** that is mounted preferably

12

on or in front of the dashboard of the vehicle **19** in view of and within reach of the vehicle driver. In the housing **34**, the microprocessor controller **16** is interfaced with the transceiver **18** by a transceiver jack **31** (preferably a conventional 8-conductor telephone jack when transceiver **18** is a mobile telephone), and the transceiver **18** includes an antenna **32** for transmitting and/or receiving signals to and from the BSCU **14**. Furthermore, the VCU **12** includes a liquid crystal display (LCD) module **33** disposed for external viewing of the display by the driver for providing information to the driver, as described previously.

FIG. **12** is a more detailed schematic circuit diagram of the electronic components associated with the VCU **12**. The microprocessor controller **16** essentially controls t he operation of the transceiver **18**, the Global Positioning System (GPS) **25** and the LCD display module **33**. A switching element **37**, such as an opto isolator (optical isolator) unit, provides a buffer between the microprocessor controller **16** and the battery **35** as well as switches **20, 21, 22**, and **23**. An EEPROM **43** is provided for storing the control programs (FIGS. **11** and **12**) and other requisite data for the microprocessor controller **16**, and a RAM **44** is provided for running the control programs in the microprocessor controller **16**. A matrix keyboard emulator **39** is interfaced between the transceiver **18** and the microprocessor controller to control and transmit signals over the transceiver **18**. Further, a dual tone multiple frequency decoder **41** is interfaced between the mobile telephone transceiver **18** and the microprocessor controller **16** for decoding modem signals, or tones, received by the mobile telephone transceiver **18** from the BSCU **14**.

B. Base Station Control Unit

The BSCU **14** may be implemented using any conventional computer with suitable processing capabilities. The BSCU **14** can communicate to the homes or businesses of customers via, for example but not limited to, either of the following interfaces: (a) computer links through modem cards to the user computers **29**; (b) a computer network operated by an Internet service provider. The Internet adheres to the conventional computer-networking model and supports the carrying of application information in an application independent fashion. The computer network is a cost effective technology that delivers voice and data information between computer terminals and a computer network or Internet using existing POTS (plain old telephone service) lines, ADSL (asynchronous digital subscriber line), FTTC (fiber-to-the-curb) networks or cable television network or a combination of the two infrastructures. The BSCU **14** or parts of the BSCU **14** may also reside in a user home or business as a stand alone operational system, via software operating on a user computer and receiving vehicle location information from VCU/s through a modem and/or network link. Moreover, the BSCU and user computer may contain combinations of modules for achieving notification of the impending arrival of a vehicle at a user stop, on that user computer/computer address.

In the preferred embodiment, a centralized BSCU **14** communicates through a direct link to a computer network and/or multiple port modem cards to user computers **29**. When using multiple means in this regard, a set of conventional modem processing cards **36** are utilized for communicating with computers **27** in one or more homes or businesses, or with computer/Internet addresses as depicted in FIG. **1** as user locations **36**. The system **10** could be configured to send an electronic message to prospective users' network address, thus warning them of the impending arrival of a vehicle **19**, as opposed to sending data to activate

**EXHIBIT A**

US 6,904,359 B2

13

a user computer equipped with additional software, for displays and audio warnings. In the preferred embodiment, the BSCU **14** includes at least one communication mechanism **26** and associated line **26a**, dedicated for communication with the VCUs **12**. However, as mentioned previously, the BSCU **14** may be designed to communicate with the VCUs **12** via any suitable wireless communication device, in which case, the BSCU **14** would comprise a corresponding transceiver having the ability to receive a plurality of signals from the plurality of vehicles **19**.

The BSCU **14** also includes at least one, but preferably a plurality of telephone modems **27** (or other suitable communication interface) with associated telephone lines **27a**, for making the communication links to users' computer locations, or in this case, the homes or businesses of the users receiving and sending packages. The user messaging program (FIG. **3**) for the advance notification system can be designed to send messages to the computer address associated with homes or businesses of that user and allow the computer to display a message to be recognized as that of the advance notification system. Although, sending information from a BSCU to a user computer as described above is used in this example, other configurations are equally important. Another configuration includes a user computer **36**, equipped with the BSCU software modules and a link to a computer network **27** for receiving vehicle location information FIG. **8**.

The BSCU **14** modules and the PC **36** modules can be configured in multiple arrangements. In FIGS. **7**, **8**, **9**, and **10**, system modules are setup in different configurations to show examples of moving modules from remote BSCU **14** areas to a PC **36**. A system setup normally requires a Wireless Transceiver (WT) **26** for communication with the VCU **12** on vehicles and a Vehicle Location Data Base (VLDB) **14a** for storing vehicle location data and a Mapping Software Data Base (MSDB) **14b** for positioning the vehicle's location onto maps and a Notification Data Base (NDB) **14c** for activating an impending arrival message from a User Request Data Base (URDB) **14d**. The URDB **14d** stores each person's phone number/s, computer address, preferences for notification, package information, stopping deliveries when out of town, etc. The Person's Computer **36** linked to a computer network is for receiving impending arrival messages when vehicles are approaching. A person's computer can be equipped with standard messaging software associated with a computer network or additional software that activates additional audio and/or video when vehicles are approaching and an impending arrival message is received. Moreover, networking software provided by commercial Internet access providers with electronic messaging (E-Mail) capabilities, provides an easy method for a person wanting impending vehicle arrival information on their computer screen without adding proprietary software associated with an advance notification system. Actual messages can be forwarded to the Vehicle Control Unit (VCU) **12** when necessary and displayed on the Liquid Crystal Display (LCD) **33a** for driver requests and delivery needs, requesting additional information, etc.

FIG. **8** illustrates a system configuration for placing more intelligence and computer processing capabilities in each person's computer **36**, as opposed to FIG. **7** where the Base Station Control Unit (BSCU) **14** is controlling the Mapping Software Data Base (MSDB) **14b**, the Notification Data Base (NDB) **14c**, the User Request Data Base (URDB) **14d** and in FIG. **7** these modules are controlled by each Person's Computer (PC) **36** linked to a computer network. By equipping each Person's Computer (PC) **36** with proprietary

14

advance notification system software as illustrated in FIG. **8**, different system configurations can be used for optimization and customization for the end user. Additionally, information sharing between modules on a person's computer **36**, as opposed to more modules located at remote locations (FIG. **7**) away from each person's computer, may, in some cases, not optimize performance. By locating system modules (proprietary software) on each person's computer, the Base Station Control Unit (BSCU) **14** loading can be minimized. Moreover, actual onscreen video and audio associated with the advance notification warning can be stored on a person's computer, with activation by a vehicle's location as it reaches a predefined location, time, or prior stop. This configuration allows vehicle location information to be received by the Wireless Transceiver (WT) **26**. The live vehicle location information is made accessible through the Vehicle Location Data Base (VLDB) **14a**. The (VLDB) **14a** also analyzes route data by averaging past routes with time from one location to the next. Time of day, day of week and month are also determining factors needed for determining the average travel time from one location to the next. The protocols used for the computer network communication between the modules located on a person's computer **36** and the modules located at a remote site **14** for vehicle location **14a** are normally as follows. (a) The Person's Computer (PC) **36** contacts the Base Station Control Unit's (BSCU) **14** Vehicle Location Data Base (VLDB) **14a** when vehicle location is needed for monitoring a vehicle for an advance notification warning. Timing cycles are used for vehicle location updates and preferences can be set for communication optimization. (b) The Base Station Control Unit (BSCU) **14** sends vehicle location to the Person's Computer (PC) **36** when a predefined time period expires, the estimated vehicle location is not correct with the actual vehicle location, when a vehicle sensor is activated, or when loading or capacity allows for communication to take place. Additionally, vehicle location **14a** information can be sent over a computer network and/or Internet at predefined times and automatically received by each Person's Computer (PC) that is linked to the computer network/Internet. A particular vehicle's location, in-between communication cycles, is established by past vehicle location records and average time needed to travel from one location to the next. Moreover, some configurations only update vehicle locations at a predefined time of day.

FIG. **9** and FIG. **10** are illustrations of an advance notification system configuration without the use of a Global Positioning System (GPS) as shown in FIGS. **1**, **2**, **7**, and **8**. These configurations illustrate a system for notifying a Person's Computer (PC) **36** by tracking vehicles' package delivery attempts, by monitoring User Input Controls (UIC) **21a** and each truck's Route List with order of delivery (RL) **21b**. By monitoring each vehicle's attempted delivery and their particular route order, advance notification can be set for a prior stop, a particular estimated location using mapping software and/or past records of vehicle times associated with package delivery stops and time between. The BSCU **14** modules can be networked between remote locations and a PC **36**. These configurations allow the BSCU **14** to run all or some of the proprietary software and messaging capabilities for sending or displaying impending arrival messages to or on a PC **36** before a particular vehicle arrives. Additionally, setting preferences can be achieved by connecting a (PC) **36** to the data stored on the BSCU **14**, or storing the preferences on each PC **36**.

The messaging program (FIGS. **3**, **4**, **5**, **6**, **8**, **9**, **22**, and **25**) associated with the advance notification system **10** may also

**EXHIBIT A**

US 6,904,359 B2

15

be configured to make the user computer 36 exhibit a distinctive audio sound, or audio message, so that the recipient can be away from the computer and receive the message. The message may also be in the form of a code for activation of advance notification software for displaying messages or direct a modem link for playing audio from a broadcast. A standard activation or broadcast of a message is in signals, sent to a computer with a modem attached, over a telephone line and typically in the form of tones. The message is asserted over the telephone line 29, for accessing a computer address and establishing a communication link to a user computer 36 over a telephone line 29.

Implementation of an advance notification system over a computer network may be accomplished by purchasing a networking feature as a software and/or hardware package or in the form of a software program with communication capabilities and network service provider package or links to networks. One form of a network link is in the form of an Internet service provider. This service is widely available to the public. Generally, Internet service providers operate network computers for linking computers with other computers, now usually over normal telephone line interfaces, but greater capacity handling communication links including fiber optics, cable television networks, and digital wireless networks may also be used. When a computer is connected over a telephone line to an Internet service provider the telephone line link travels from telephone lines linked to the Internet service provider through the telephone company switch to the user computer.

The feature for establishing the Internet connection is sold to the public under several different commercial trade names. Examples are as follows: America On Line (AOL), Microsoft Network (MSN), AT&T WorldNet Service, CompuServe and many more.

The package addresses are normally associated with the package identification numbers in many ways. For example, the package address may be added to the package by additional bar coding when the package is shipped or, the user sending or receiving a package may connect to the BSCU over a computer network or telephone and add an address (computer network address) to a package identification number for activating an advance notification message associated with the impending arrival of a vehicle carrying this package.

II. System Operation

A. Initialization

Initially, vehicle stops for each vehicle 19 are programmed into the advance notification system 10 by entering the respective package addresses. As the vehicle 19 is loaded with packages, the package addresses are considered as the vehicle location stops by the system 10. The actual addresses of the packages are normally scanned into a database program using a bar code scanner device (United Parcel Service tracking numbers are of the following formats: 1Z 999 999 99 9999 999 9, 9999 9999 999, T999 9999 999, or D999 9999 999 with spaces and dashes ignored). The actual vehicle number (which delivers or picks up a package from a business or resident, and not necessarily mid-point vehicles) and package addresses are recorded into the BSCU 14 when packages are sorted to a specific delivery vehicle or truck or entered into the BSCU 14 by the user sending or receiving the package. Additional vehicle stops may be added when requests to pickup packages are received. The request to pickup a package can be downloaded to the VCU 12, with a display for the driver to accept or return for another driver or time/day. If the vehicle driver enters route

16

or package data (the order of delivery, packages, or changes from a computer generated delivery list) the data is then uploaded to the BSCU 14. The timing and package delivery locations are recorded in the BSCU 14 during the initialization of the system 10 and used as a reference for determining locations from impending arrival message points. This information accesses the computer network to inform a user computer when a delivery vehicle 19 is at a predetermined time, mileage, street location, and/or last delivery away from a vehicle stop. In the preferred embodiment, determining the location of a delivery vehicle 19 is accomplished by sending the vehicle location of a delivery vehicle 19 from the time the vehicle departs and/or starts its route.

The timing information is recorded during the initialization and daily recording of vehicle locations with time, and the system 10 is used as a reference during the usual operation of the system 10 for the purpose of determining whether a delivery vehicle 19 is at a predetermined location or time from a delivery stop. Other reference information may be obtained from software for mapping, for example, streets, vehicle speed limits, and traffic flow.

However, it should be emphasized that other methodologies could be utilized for determining the communication to or from a location sensor of a delivery vehicle 19. For example, the GPS sensor 25 may communicate with the BSCU 14 when the delivery vehicle is in motion (as indicated by phantom lines in FIG. 1), additional VCU timing cycles for communication controlled by the microprocessor controller 16. At particular times, the longitude and latitude readings or optionally a Universal Transverse Mercator (UTM) grid system number, could be sent when the vehicle is in a stationary position, the communication cycle controlled by the microprocessor could be slowed down to one cycle until the vehicle is in motion again, compared to reference longitude and latitude or (UTM) information readings which were obtained on a cycle per minute when the vehicle is in motion 10. In this way, the determination of the location of a delivery vehicle could be accomplished by less communication to and from the VCU and BSCU 14.

Another methodology, which could be utilized for the timing cycles of communication to and from the delivery vehicle 19 involves interfacing the BSCU 14 with wireless communication protocols. The BSCU 14 system is equipped with communication software for contacting each VCU 12 and asking for GPS longitude and latitude information or Universal Transverse Mercator (UTM) grid system information from the VCU 12 on each delivery vehicle 19. The vehicle location may be polled in normal communication protocols, such as contacting each VCU 12 in a first to last cycle with vehicles in motion or on a normal clock cycle for minimizing communication to and from the VCU 12 and BSCU 14. The received delivery vehicle location (longitude and latitude or Universal Transverse Mercator (UTM) grid system information) from the VCU 12 to the BSCU 14, is calculated from the time and/or distance away from a stop using mapping technology for road distances, and additional speed limits, actual traffic averages, and other means for better calculation accuracy.

B. Regular Operation

The overall operation of the advance notification system 10 will be described with reference to FIGS. 13 and 15. FIG. 13 sets forth a flow chart showing the overall operation after the system 10 has been initialized. FIG. 15 shows an example of a schedule of possible events and the interactions, which might occur between the VCU 12 and the BSCU 14 as the vehicle 19 travels along its route and makes its scheduled delivery stops.

**EXHIBIT A**

US 6,904,359 B2

17

In FIG. **13**, the right-hand column illustrates the sequence of events for the BSCU **14**, and the left-hand column illustrates the sequence of events on the VCU **12**. In the efforts to lower overall communication between the VCU **12** and the BSCU **14** when large vehicle fleets are equipped with the advance notification service, actual vehicle locations in the BSCU are based on past route comparisons, as shown in FIG. **16**. FIGS. **14A** and **14B** are illustrations of a time line for delivery stops and planned route-timing events for each stop. The time line has the following time designations: when the route should start **606**, time to each stop **605**, and the ability to change the route list **615** when the VCU location sensor determines a difference.

First in FIG. **13**, the delivery vehicle ignition is switched on, as indicated at block **45a**. At the beginning of each route, the system **10** could be configured to automatically initialize itself upon power up of the VCU **12**. The delivery door opening or a bar code scanner initiating communication, or both, could activate the powering up. Further, the BSCU **14** could be programmed to initiate itself after the vehicle **19** moves to a predefined distance or location, such as a waypoint (longitude and latitude or Universal Transverse Mercator (UTM) grid system information area), determined by the GPS **25**. This initialization action causes the microprocessor controller **16** to inform the BSCU **14** of the vehicle location and the beginning of its route. The foregoing action is indicated at flow chart block **45b** (FIG. **13**). Alternatively, the vehicle driver can press the start/reset switch **21** on the VCU **12** system menu **21** to initialize the BSCU **14** for restarting the route tracking sequence. Additionally, driver/user options may be accessed by the user controls on the VCU **12**.

After initialization of the VCU **12** to the BSCU **14**, the display module **33** on the VCU **12** preferably displays stop and location information. The stop location continuously (FIG. **40**) runs on the display as the delivery vehicle **19** progresses along its route.

Next, as indicated at flow chart block **45c** (FIG. **13**), the VCU **12** determines, continuously or periodically, the location of the delivery vehicle **19** by the GPS **25** and sends the BSCU **14** (FIG. **1**) the location information in view of the planned route or stop sequence data (derived from initialization of the packages on the vehicle and/or mapping technologies). In the preferred embodiment, the BSCU **14** at least compares the delivery vehicle current location with the planned route location derived from the logistics of current mapping and route planning technology (FIG. **10**) for determining time and/or distance away from a user stop. By comparing previous vehicle routes with time differences between waypoints (longitude and latitude points or Universal Transverse Mercator (UTM) grid system information points an average route timing data base may be used to calculate the time to travel from actual vehicle locations to the impending arrival time at a particular stop. Additional traffic flow measurements may be added by comparing time of day, actual live traffic flow sensors, or other methods.

The method for determining a distance from a user stop for activating an advance notification message may be accomplished by software at the BSCU **14** or the user computer. The user interactive software shows the current user location on a map (FIG. **31**). The user places road markers FIG. **38**, a circle perimeter FIG. **36**, a grid perimeter FIG. **37**, which allows the vehicle to determine actual points at each road for a message of the impending arrival of a vehicle, etc. The actual vehicle location activates the impending arrival message when the location matches the selected choice from the user preference data base.

18

Furthermore, the actual order of vehicle stops may be used to determine if the vehicle is entering a selected area on more than one occasion. This comparison provides a distinct advantage by increasing the accuracy of a vehicle impending arrival message by sending the message after the last entry of a vehicle into the user-predefined area. Another advantage of comparing the delivery order list to the user defined areas for notification is the addition of the number of deliveries before reaching the user stop to the impending arrival message, e.g., "UPS has 3 packages for delivery and is 1 mile from your stop at this time. The vehicle has 2 other stops before reaching your location".

While the delivery vehicle actual locations are compared to the existing travel time and distances (FIG. **15**), the BSCU **14** is also storing actual location events (time between longitude and latitude or Universal Transverse Mercator (UTM) grid system information points) for averaging with the planned route/travel time over distances. When the BSCU **14** begins sending messages to user computers at a predefined time, distance, location, and/or prior stop, for the impending arrival of a delivery vehicle **19**, each particular user computer **36** receives an electronic message and is displayed on their screen, as indicated in flow chart block **145a** (FIG. **16**). In one example, as shown in FIG. **16**, at waypoint number **20** (**140c**) along the delivery route, the BSCU **14** places a message (**144c**) to a user computer at waypoint **30** (**140d**) of the delivery vehicle actual location. A second example in FIG. **16**, shows a user being notified when the vehicle is one mile away (**144d**) from waypoint **30** (**144d**). The third example in FIG. **16** shows a user being notified when the vehicle is at a predefined street location (**144b**). This is accomplished by comparing street mapping software with included longitude/latitude or Universal Transverse Mercator (UTM) grid system information coordinates, notification requests, and the (BSCU) **14** vehicle location data base (VLDB). As shown in the configurations (FIGS. **15** and **16**), time is used to cross reference travel between locations. Determining vehicle location, between communication updates, is achieved by comparing times of prerecorded route information, actual live traffic monitoring systems, and statistical data.

Additionally, preferences for activation of advance notification warnings are shown in FIGS. **33**, **34**, **35**, **36**, **37**, and **38**. After a preference is selected from the end user, the data is normally placed into the Notification Data Base (NDB) **14c** after calculations have been made from the address entered into the BSCU computer from a network connection as shown in FIGS. **30** and **31**, or ANS software residing on their computer, with or without a network connection. The other calculation of information is in finding an actual longitude/latitude or Universal Transverse Mercator (UTM) grid system information coordinate of each home, business, street address, or most other places on the earth's surface, which can be found with existing mapping software. The Universal Transverse Mercator (UTM) is one grid system that eases the conversion of GPS readings to map data.

Another example compares the list of stops with the vehicle location and determines the last occurrence before the delivery vehicle will cross the predefined marker points to activate the impending arrival message.

Additionally, the BSCU **14** adjusts its messaging activation to an actual stop point at each user stop. This allows each user to be notified in accordance with the selected predefined time, distance, location and/or last stop, for example, "The XYZ Delivery Company truck is currently at the corner of Delk Road And Peachtree Street and is approaching your stop" block **415** (FIG. **18**). A second

**EXHIBIT A**

US 6,904,359 B2

**19**

message **419** (FIG. **18**) will also be sent when the vehicle is detained outside of the predefined system preferences for being late for a stop after sending the initial message **415**. Furthermore, in this configuration, a third message is sent as the vehicle arrives at the stop **424**. The Flow Chart **399** (FIG. **18**) shows an example of the messaging sequence from the BSCU to each user. The example also shows the activation methods used for determining when a vehicle is late and a second and/or third message should be activated and sent to the person's computer. However, when the BSCU **14** determines that the delivery vehicle **19** is excessively late after notifying an individual of an impending arrival at a particular stop, the BSCU **14** resets the message for a route update sequence (FIG. **17**) that informs the user of an unexpected occurrence (e.g. a traffic jam), as indicated at flow chart block **399** (FIG. **18**). The planned route (FIG. **17**) **401** is updated by the actual route information when the preferences **403** are exceeded and the actual time exceeding the predefined limits **406** are reached. The route update is complete when the new actual time **402** resets the planned time associated with the location of the vehicle. The route timing update is shown in block **404** (FIG. **17**). After each route update, a message update routine determines if an end user needs a second or third message. The activation of a second message is normally determined by the planned location predefined limit **403**, or an individual limit predefined for sending a second or third message. The illustration (FIG. **17**) **406** shows an automatic sequence for activating a second message **405** and sending a second message **405b**, when each route is reset. A more detailed description (FIG. **18**) **399** shows how the activation of a second message is determined.

As indicated at flow chart block **45f** (FIG. **13**), the BSCU **14** again determines if the delivery vehicle **19** is on the planned route and stop schedule by analyzing the vehicle location **25** (FIG. **1**) and comparing it to the actual stops on the list. Preferably, in this regard, the BSCU **14** at least compares stops on the driver list and the actual location of stops made by the driver to determine if the driver has changed from his route list order. Other stops, such as pickups (FIG. **44**), are displayed on the vehicle VCU display, and changes to the route list (FIGS. **42** and **43**) order are available to the driver via push button entry. Additionally, so the driver acknowledges a new entry or route update, the VCU may be equipped with an audible sound, such as a buzzer, tone, or different voice recordings for announcing each event without the need for the driver's eyes to look at the VCU display when driving. Accordingly, requests for package pickups are processed in the BSCU **14** and sent to the appropriate vehicle VCU **12** and scheduled into the drivers' list of stops (FIG. **41**). The driver has the final opportunity to reschedule (FIG. **43**) or move (FIG. **42**) an added stop through the VCU **12** push button menu.

For example, FIG. **14** shows a finished delivery route that started at seven thirty. After starting the delivery route, the delivery vehicle arrives at stop number **001** at 07:37:22 AM **610** after driving seven minutes and twenty-two seconds **609**. Stop **001** takes two minutes to unload all the packages and another two minutes and ten seconds to reach stop **002** at 07:41:32 AM. Stop **003** takes five minutes and forty-five seconds from the time the vehicle arrived at stop **002**. The arrival at stop **004** is on time but the delivery takes an unexpected ten minutes **614** and causes a ten-minute delay **615** in the scheduled route. The scheduled route list was rescheduled by the delay **615** of ten minutes and stop **005** was reached ten minutes later than the scheduled planned route, at 08:13:34 AM. The VCU display in FIG. **14** and

**20**

block diagram **602** is an example of the information that the driver sees and uses. The other route information shown in FIG. **14** and block diagram **601**, is not needed for driver interaction and is a VCU **12** automatic component for lowering the wireless communication between BSCU **14** and the VCU **12**. Although not disclosed in this example, additional directions with or without map displays, estimated route completion times, on or off normal schedule indicators, and others may also be displayed on the VCU display module **33**. Just prior to leaving a stop, the driver views his next stop on the display module **33**. Additional directions can be activated by the drivers' input or automatically after a predefined time period or a predefined distance the vehicle has traveled. The automatic display changes may start when the driver arrives at a stop by displaying the next location. The display shows the next address until the vehicle has started moving and the display cycles between the next stop's address and a map display showing directions. The display continues to cycle until the vehicle arrives at the next stop, then the sequence repeats.

The vehicle location and the communication of the vehicle location from the VCU **12** to the BSCU **14** are determined by both the BSCU **14** and the VCU **12** for lowering the amount of wireless communication. As previously explained the VCU **12** can be programmed to compare a planned route with an actual route and communicate to the BSCU **14** when the differences exceed the predefined limits. The VCU **12** can also be programmed by the BSCU **14** for communication cycles. The cycles which can be programmed for acknowledgment of sensor activation and communication from the VCU **12** to the BSCU **14** can only be made when the vehicle has left stop **1**. The display module **33** preferably displays "next stop" followed by directions and/or messages received from the BSCU **14**. The foregoing feedback signal from the vehicle in motion may be replaced or generated from other sensors, such as the driver seat, the ignition switch, placement of the vehicle in gear, etc.

In accordance with FIG. **27**, the BSCU **14** checks the vehicle location to confirm that the vehicle location **141a** corresponds to the programmed vehicle location **140a**. When actual vehicle location **141a** is different from the planned route location **140a** changes are made **142a** in the planned route data. Determining when the vehicle **19** is at a predetermined location on a map is shown in FIG. **28**. The actual location points and/or addresses **341a–341f** are determined by the VLDB **14a**, the MSDB **14b**, and the URDB **14d**, then stored into the NDB **14c**. In FIG. **27** a user at **1010** Oak Lane **332** has requested an advance warning time. The advance warning time is five minutes and thirty seconds **336** before XYZ Delivery Company **335** delivery truck arrives. When the vehicle crosses any locations matching notification time/s **341**, shown in more detail in FIG. **28**, the advance warning is activated. The only exception is a stop that is scheduled between an activation point/location and the final destination. The delay of notification for each stop between (FIG. **27**) **343** is used to determine an arrival time when other stops will be made between the activation points and the targeted destination. Past route averages normally determine how much time a stop will take. In FIG. **27**, block diagram **343**, each stop inbetween the activation points/ locations and the final destination will take fifty-five seconds. Each stop the vehicle makes, at each location, can be averaged and therefore different and better determinations of actual delivery times can be made for more accurate advance warning message times. Although time is used as the advance notification method **336** in this example, notification by distance **337**, and notification by location **338** can also be used.

**EXHIBIT A**

US 6,904,359 B2

21

If the delivery vehicle **19** is stopped in traffic, the then VCU **12** will continue to communicate with the BSCU **14** each time the vehicle is in motion to inform the BSCU **14** of this new location, not exceeding the predetermined cycle limit, such as a vehicle in start/stop traffic. If the vehicle **19** is on a normal schedule and on an expressway or interstate, the BSCU **14** may have a Vehicle Location Determining Factor (VLDF) **104** (FIG. **21**) of 95% or higher, without repeated cycles from the normal operation of the VCU **12**. Based on the location of a vehicle and the VLDF **104** the BSCU **14** may lower the communication cycle rate of the VCU **12** until the vehicle enters a more demanding area or an area closer to a user stop or when the VLDF **104** is at a lower percentage. The VLDF **104** (FIG. **21**) is determined by the past vehicle location points and averaged time. This feature can lower the communication rate from the VCU **12** to the BSCU **14** by determining when communication should be increased or decreased and not overloading existing communication channels. Other methods to determine when to use cycle communication, as shown in FIG. **21** and FIG. **24** are before the route starts **914**, and in FIG. **23** when the route is in progress **901**. Moreover, as previously described, the VLDF **104** is also used to determine when cycle communication is used. In FIG. **23**, the next stop is evaluated by the time **905** and distance **904**, then the distance **904** is compared to the default distance exceeding limit **906**, and the time **905** is compared to the default time limit **907**. When time or distance exceeds the predefined limits, the method is changed to cycle communication **910** for delaying communication when it's not needed. The distance, location, or time **911** sets the restarting of communication. FIG. **24** shows an example for determining when to use a cycle communication method in a route list, before the route starts **914**. By comparing the route list with mapping software **915** for determining actual roads and streets to be traveled, adding the notification data base (NOB) **916** (when impending arrival messages will be sent), delays between notification activation times can be determined. When the time delay between notification times reach a preset limit, in this example ten minutes **917**, the communication can be stopped **918** for a period of time **919** or when a location is reached **920**. The actual time or distance for stopping the communication is determined by the amount of time or distance/location between stops and notification activation points.

After the BSCU **14** downloads communication methods to the VCU **12**, and during the VCU **12** actual route, if the VCU **12** communication monitoring means determines no changes in the vehicle location and no sensor activity after a clock cycle has been completed, communication is delayed until the vehicle location has changed and/or actual sensor activity is determined. Additionally, when the VCU **12** communication monitoring means determines a communication problem after an attempt has been made to contact the BSCU **14** (e.g. vehicle enters an area the wireless communication means cannot connect to the BSCU **14** known in the art as a "dead area or drop area), the clock cycle is accelerated until the communication to the BSCU **14** is regained. The VCU **12** will continue to monitor the inputs from devices (FIGS. **12**) **20**, **21**, **22**, **23**, and **25**, to gain current information when communication is acknowledged/restored.

Communication methods are normally associated with wireless loading and the ability to handle a fleet of VCU **12** responding to one BSCU **14** in most configurations. When other configurations are used for advance notification systems, such as, (FIG. **19** and FIG. **20**) the VCU **12**

22

equipped with a delivery order route list (FIG. **19**) **181** and a sensor or activation method for determining when an attempt to deliver a package on the route list has been made, the communication is simply activated by the sensor input. In FIG. **19**, the flow chart shows how the VCU **12** and the BSCU **14** communicate to locate a particular vehicle location. To find a vehicle's location **160**, in this configuration, the current stop and order of delivery list **161** is determined from the information received by the VCU **12**. The location of the last stop **162** and the time of the last stop **163**, is compared with the next delivery stop **165** and the distance **166** and time **167** between the stops for an estimated time of arrival **169**. Mapping software **14**b and prior route records of past deliveries **168** provide additional data for determining the vehicle's location. Determining the activation of an advance notification warning associated with this configuration is shown in FIG. **20**. When a delivery or an attempted delivery is made **191**, the information is sent **191**a from the VCU **12**, to the BSCU **14**, and the BSCU **14** determines what stop is next on the delivery list **193**, and then tries to find this next stop in the data base **194**. If the user has information in the data base, preferences for sending an impending arrival message **195** are established and a message is sent to this person's computer of the impending arrival of a vehicle **196**.

In FIG. **35**, the VCU **12** is using and monitoring via the computer controller **12**a, a GPS **25** location device and the user input controls **21**a. The vehicle location and sensor input is sent to the BSCU **14** from the VCU **12** cellular transceiver **18**a. The BSCU **14** receives the wireless information after the wireless information from the VCU **12** passes through the closest land based antenna, then the information is routed over switched telephone lines to the BSCU **14** modem connection **26**k. The vehicle information **201** is added to the vehicle location data base (VLDB) **14**a. The actual user notification requests are received from a person's computer connected over a network **209**, and taken from user input options **210**, then stored into a notification data base (NDB) **211**. The notification data base (NDB) **211** includes timing for activating an advance warning **205** to physical and electronic addresses **204** and compiling this information into a list for notifying persons' computers **203** associated with a route list. To activate a message, the vehicle location and the preferences for notifying an individual should match **202**. When the match occurs, a message is initialized **208** and sent to a person's computer **207**, through computer network interface **206** and computer network **300**.

The information sent to a person's computer can be received with normal computer networking software, or with additional proprietary software. With proprietary software (FIG. **25**) operating on a person's computer **223**, the software can determine when a vehicle is approaching **224**, then compare user preferences **225** when a vehicle is approaching for displaying video **226** and playing audio messages **227** of the impending arrival of a vehicle. Display information can for example, but is not limited to, any of the following display options **226**a, show vehicle driver information **230**, vehicle information **231**, location on a map **232**, time countdown **233**, mileage countdown **234**, last delivery or stop location **235**, cargo information **236**, etc. Audio information can be for example, but is not limited to, any of the following audio options **227**a, play audio of vehicle name **238**, vehicle information **239**, street address **240**, time countdown **241**, mileage countdown **242**, last delivery or stop location **243**, identification of cargo **244**, etc. An example of a person's computer operating proprietary

**EXHIBIT A**

US 6,904,359 B2

23

advance notification software is shown in FIG. **26**. The display shows a map **770***a*, a location on a map that represents a person's business or home address **773***a*, and the location of a vehicle approaching the business or home address **774***a*. Additionally, this display has been configured to show the time before the vehicle arrives **771***a*, and to show the distance in miles before the vehicle arrives **772***a* at the person's business or home address **773***a*.

At the end of a delivery route (FIG. **44**), the VCU **12** makes an inquiry to the BSCU **14** as to whether there are any more delivery stops **151**. If the delivery list has been completed **152**, then the VCU **12** may contact **153** the BSCU **14** and receive additional information **155** to display on the VCU's LCD **155***a* that prompts the driver to stop at a receiving dock for more packages, (especially during the holiday seasons and peak loading) or meet a second delivery vehicle to share its load when it is behind in its schedule. When the vehicle receives packages from another vehicle, the packages taken from the second vehicle are normally scanned out with normal hand held bar code scanners and are loaded and scanned into the first vehicle package delivery data base **151** and the package location information/bar code numbers (package identification numbers) are uploaded to the BSCU **14** with a new vehicle number. The route list is established from the BSCU **14** determining the shortest routes from the addresses and downloaded to the VCU **12**. The sequence for notification to a user computer is restarted.

A second method for a user to learn of the impending arrival information of a package delivery may be accomplished by a user accessing and requesting information through a computer network, for instance, the Internet, from the BSCU **14** through an Internet site or home page. The BSCU **14** software is designed to be added to the existing Internet site pages, which are owned and operated by delivery companies. When a user accesses a computer address (e.g. Internet site), the user may enter requests for a delivery by entering their telephone number, business or home address, or package identification number, for locating actual packages for delivery. If a delivery is to be made that day, an actual route list from each vehicle stored in the BSCU **14** is compared to the planned route and scheduled time of delivery (STD) database. The STD is a record of events from other routes, this record averages the time and distance to be traveled with the actual route in progress. Note: the STD records are from GPS sensor readings and the time between or travel time between each reading and not from completed routes from start to finish. Thus, by incorporating the STD with the actual delivery schedule, estimated time of delivery is established and accessible to a user requesting delivery schedule information. The advantages of offering a user a close approximate time of delivery are easily seen in these examples: a user needing to leave a delivery stop (home or business) for lunch or errands and expecting an important package to be delivered, or a user needing materials for an important meeting and knowing if the materials will be delivered before the scheduled meeting time. Upon receiving the information request from a user computer linked to the BSCU **14**, a request for a vehicle, package, or user location (street address/location on a map), telephone number, computer address, etc. can be made available to the user to locate an area in which a delivery is going to be made. The vehicle associated with the delivery to this user business, or package identification number processes that delivery request. If a package is scheduled for delivery, the actual delivery vehicle estimated time of arrival is given to the user requesting the information in, but not

24

limited to, two formats, one the time of day (1:45 PM) and/or a time count down (4:21:03). Additionally, people placing requests may be offered other services from the delivery companies, these requests are made available to the companies to increase revenues while providing the customers with more and better options on deliveries. One example of a user request is an express delivery request (EDR) option. An EDR becomes available through the existing advance notification system network by allowing customers to interact with the vehicle's driver through their computer connected to a network. A customer can send an EDR from their computer to the BSCU **14** over a computer network, then a live operator or preferably an automatic calculation of the driver's load, schedule (early or late), and location/distance from the address sending the EDR; The request is processed and a new estimated time of arrival can be given to the customer, with an optional additional fee from the delivery company. Additionally, a customer can look up a location on a route and meet the driver at a prior stop when an EDR is not used, thus shortening the driver's route time. Upon requesting an EDR, an estimated time of arrival is given to the user. At the same time a quoted fee (on-screen) based upon a flat rate or the actual delay time for that particular vehicle is given to the customer.

The BSCU **14** communication controller **16** may also control a second messaging means over a normal telephone network as described in more detail in the Patent Application "ADVANCE NOTIFICATION SYSTEM AND METHOD" filed May 18, 1993 by Jones et al. and assigned Ser. No. 08/063,533, now U.S. Pat. No. 5,400,020 to Jones et al. that issued on Mar. 21, 1995. The Patent describes an advance notification system with a BSCU controller for messaging through a telephone system. The flow chart in FIG. **13** shows a duel means of communication, both a telephone **45***m* and a computer with a telephone connection **45***f* (via a modem). By offering dual means of messaging to a stop, the likelihood of reaching or getting through to a user increases. In accordance with the user request when signing-up for the service (FIG. **39**), the end-user can choose any combinations of, but not limited to, a telephone call with a voice message **170**, a telephone call using a distinctive ringing sound **171**, a computer message over a network **172**, additional on-screen display/s **173**, and an additional audio message/s **174**.

In one configuration, the system first communicates to the user computer by initiating/sending a message over a computer network to a user computer address. If the person's computer is equipped with proprietary software for additional displays (FIG. **25**) **226***a* and/or additional audio messages **227***a*, the person receives additional visual and audio warnings, based on their user preferences. Then, the microprocessor controller initiates a second module for communication by a telephone call to the user. The order of messaging (telephone or computer) is defined automatically or by the end user. Furthermore, each vehicle can have different notification preferences for announcing the impending arrival of more important vehicles in a method that is more surely effective. In most cases, the telephone is available more than the computer and the telephone call can activate pagers, mobile phones, and home phones with sound normally throughout the home or business phones normally answered by an individual equipped for handling messages. In the preferred embodiment, a telephone call may proceed a computer message to the homes of users and a computer message will proceed a telephone message to businesses. Additionally, a user responding to or acknowledging a message will stop the second method as described

**EXHIBIT A**

US 6,904,359 B2

25

above. For example, a user expecting a package to be delivered, and only having one phone line, may receive an impending arrival message while maintaining normal communication practices. If a user is on the telephone talking to another business client, when he hangs up the telephone and views the computer, once connected to a network, a message will be waiting concerning the impending arrival of a vehicle. If the user receiving an impending arrival message has additional software, route calculations may be determined by the time of the message download or an up link may be requested for the actual vehicle location.

Moreover, as indicated at flow chart block **36** (FIG. **45**), a personal computer with ANS software can process the user requests and contact the BSCU data base **170** for two primary reasons. First the personal computer with ANS software can be used for retrieving information from the BSCU data base **170**, and using the information for activating impending arrival messages after the computer is disconnected from the computer network. Second, the BSCU data base **170** may be contacted before and/or in place of an impending arrival message sent from the BSCU. Each person's computer when operating ANS software **171**, looks up user preferences **172** and checks for a network connection **173**, if the network connection is not active, the ANS software starts the network software, then a request is sent to an area of the BSCU for vehicle information **176**. An identification number associated with the person's street address processes the request from the person's computer. The address is looked up, then vehicles approaching this address **177** can be identified **178**, with vehicle names **179**, vehicle locations **180** and route stops with past vehicle records and directions from one stop to the next **181**. Additionally, cargo or other delivery information **182** is then sent back to the personal computer operating ANS software **171** for activation of impending arrival messages and displays, based on the user preferences. Furthermore, this configuration offers an individual with only one communication channel (phone line) the ability to be notified when the communication channel is being used or is not available when an impending arrival message is sent from the BSCU.

The ANS software can display the vehicle location/impending arrival time, distance, and/or packages to be delivered before a particular delivery is made. The user requesting a route update receives a new message and/or vehicle location, number of packages before delivery, and if running, advance notification software for continuous updates, the user computer reschedules the impending arrival distance, time, or package delivery order, with each update, as the vehicle approaches.

Worth noting is that the BSCU **14** (FIG. **17**) may be configured so that if a delivery vehicle becomes delayed by more than a maximum length of time, such as five minutes, the BSCU **14** immediately sends a message to the stops **36** of the users already notified of the impending arrival of that vehicle, in order to keep users at these stops **36** from waiting when a vehicle should have already arrived. When an impending arrival message **420** (FIG. **18**) is sent to stop **36**, and a vehicle delay of five minutes is determined before the vehicle arrives at this particular stop, a second message informing them of the delay is sent **421** to the same stop, based on the amount of delay, a third message may be sent **425** as the vehicle arrives at this particular stop.

Worth noting also, are the methods for determining the actual directions (roads to be taken) of a vehicle from one stop to the next which may be described, but not limited to, three areas. The first configuration contains dual route information in the BSCU **14** and VCU **12**. Preferably, the

26

VCU **12** displays road names or a mapping diagram for the driver to follow. The BSCU **14** has the same information for determining the route a vehicle is likely to take. The second configuration determines the closest and/or quickest route from one stop to the next by comparing mapping software, actual and past traffic flow. A third configuration is determined by past vehicle delivery routes. As found in the art of route management, most delivery vehicle drivers have roads and routes each individual prefers to take. Some of these routes are known to take more time, but for the determining factors associated with an advance notification system, these records provide a better means of determining distance, time, locations on a map, etc., when the driver's company policies do not request the following of predefined or displayed sequence of roads. In the preferred embodiment some, all, and additional methods may be used.

III. Control Processes

The control processes are normally, but not limited to, three different area locations. The first area is the VCU **12** on each vehicle, with the ability to communicate vehicle location, driver inputs, and/or cargo information to the BSCU **14**. The second area is the BSCU **14** software, for communicating with the VCU **12**, storing information from the VCU **12**, and in some configurations, storing end-user data and preferences for generating impending arrival messages when vehicles are approaching their address. The third area of the control process is a person's computer for displaying impending arrival messages when a vehicle's impending arrival information is received from a computer network. Although additional software can be added for additional displays and audio, additional software modules from the BSCU **14** can be added also. The overall control processes c an be moved from one area to another area based on system configuration needs, normally determined by the application of the end-user. Worth noting, the communication channels and their internal control process are not considered in this description.

Furthermore, FIG. **7**, FIG. **8**, FIG. **9**, and FIG. **10**, are examples of general block diagrams containing, but not limited to, system modules and their ability to be moved or removed, without loosing the scope of the present invention. The ability to move the system modules (FIG. **7**) for the implementation of a advance notification system requiring a person's computer to only have normal networking software, such as an internet browser from Netscape, Microsoft, America Online, etc. or Local Area Networks (LAN) attached to an information server for receiving vehicle impending arrival information, or most other networks with the ability to send and receive information over Cable, Fiber, Copper, or wireless channel/s. As shown in this diagram, a person's computer **36** is acknowledging a vehicle's impending arrival. In block **14**, one module is receiving vehicle information from the VCU's **12**. While this module indicates a wireless transceiver **26**, it is replaced when a gateway converts wireless information into land line information with a modem. The vehicle location data base **14***a*, stores vehicle location information. The Mapping Software Data Base (MSDB) **14***b* is provided to locate roads and streets associated with the person's address and the vehicle's route from one stop to the next, this Mapping Software Data Base **14***b* also associates GPS numbers with actual physical addresses, distances over streets, roads, highways, etc. The Notification Data Base (NDB) **14***c* maintains location points, distances, times, and other activation information, associated with a person's physical address. In this illustration the Notification Data Base (NDB) **14***c* also is used to activate and send messages to the person's computer **36**. The

**EXHIBIT A**

US 6,904,359 B2

27

User Request Data Base (URDB) **14***d* stores user preferences, account information, and in this illustration, software used for entering or making changes to this data. By moving some of the system modules (FIG. **8**), described as the BSCU **14**, to the person's computer area **36**, the person's computer **36** is able to process more of the information associated with the advance notification system. The person's computer **36** accesses vehicle location information from the BSCU **14** over a network, then compares the information to, but not only to, the MSDB **14***b*, the NDB **14***c*, and the URDB **14***d*. Furthermore, displaying additional information on-screen and/or additional audio messages associated with an impending arrival of a vehicle is easily accomplished. FIG. **9**, is an example of tracking a vehicle without the use of a GPS location, or having another suitable location device on the vehicle. The control process compares route stop addresses **21***b* with sensor inputs at each location **22***a*. The location is logged into the Vehicle Location Data Base (VLDB) **14***a* and the next stop is looked up for tracking the actual path (streets/roads) **21***b* and averaging the normal time to the next stop, with vehicle location estimations along each road. The person's computer **36** is equipped with software for placing an image of the location of the vehicle on a map **14***b*, activating an impending arrival message from the NDB **14***c*, when the vehicle reaches a predetermined location, and storing the user preferences in a data base **14***d*.

FIG. **10** shows a control process using the same VCU modules as FIG. **9**, but moving all the modules from a person's computer, except normal networking software, to the BSCU area. This system can activate and send an impending arrival message to a person's computer when a vehicle is at a predefined location, time, distance, or previous stop. It should be noted, without moving away from the scope of this invention, changing modules and other minor modifications to this invention for similar or customized applications, is obvious to individuals skilled in the art and not mentioned for that reason.

A. Base Station Control Process

With reference to FIG. **46** and FIG. **47**, the base station control process **14** essentially comprises two control sub-processes which run concurrently, namely, (a) a vehicle communications process **47** or **54** and (b) a delivery messaging process **53** or a vehicle information update process **58**, based on the location of the modules used to generate the impending arrival message on a person's computer. The vehicle communications process **47** or **54** will be described hereafter, followed by the delivery messaging process **53** or **58**. FIG. **46** illustrates one advance notification system configuration using the BSCU **14** for messaging to persons' computer addresses, and FIG. **47** illustrates an advance notification system configuration using the BSCU **14** to update advance notification software on a person's computer by providing vehicle location to each person's computer address. It should be noted in the communication process to the person's computer, other combinations of sending/receiving information from the BSCU **14** and to the person's computer, are used and based on end user needs, tailoring, and configuration.

1. Vehicle Communications Process

The vehicle communications process **18** initially is started from a cellular link from one of the VCUs **12** located on one of the plurality of delivery vehicles **19** to the BSCU **14**, as indicated by block **12**, FIG. **1**. The BSCU **14** vehicle communications process **18** is preferably capable of monitoring a plurality of telephone lines **26**, for receiving information from a cellular phone or data network gateway that

28

converts wireless transmissions into land line phone line transmissions (with or without additional connections through a computer network), from a plurality of delivery vehicles **19**. As the number of delivery vehicles **19** increases, the number of telephone lines **26** (or bandwidth) which are monitored by the vehicle communication process (FIG. **46**) **47** and (FIG. **47**) **54** should also be increased to some extent.

After the start of a VCU **12** on a delivery vehicle (FIG. **13**), the respective VCU **12** will initiate a cellular link **45***b* to the BSCU **14**, as indicated by the telephone bell symbol (FIG. **1**) **18**. After the BSCU **14** receives the telephone call, a string of symbols is exchanged between the VCU **12** and the BSCU **14** so as to validate the communication connection, as indicated in (FIG. **13**) flow chart block **45***b*. In other words, the BSCU **14** ensures that it is in fact communicating with the VCU **12** and vice versa.

Next, as shown in FIG. **48** flow chart block **61**, the BSCU **14** waits for communication from the VCU **12**, when communication is established information regarding (a) the time of the on-board clock **63**, (b) the list of stops and related information **64**, (c) other information to be displayed for the vehicle driver **65** on the VCU LCD, and (d) when needed, a resetting of the communication method is added and then a shut down of communication **67** is initiated, based on system configuration. In addition, route data **64** is gained from the VCU **12** driver or package sensor input or from the BSCU **14** ability to access a local data base with driver information or a combination of these inputs. The route data **64** includes information pertaining to each delivery stop location, before and after stops, and cargo. This information is normally displayed on the VCU **12** liquid crystal display (LCD) for the driver's viewing. The prioritizing of the driver's list is based on, but not limited to, mapping software, the driver input, and past recorded route data. From the route data **64** and the information listed above as (a), (b), (c), and (d), the BSCU **14**, can determine the location of the vehicle by, as indicated by FIG. **22**, flow chart blocks **201** and **14***a*, and determine when to send impending arrival messages **202** based on this location, as the vehicle starts and continues its route, as indicated by a flow chart block **202**. In the case where the delivery vehicle **19** is stopped in-between scheduled stops, the VCU **12** resets its on-board communication clock cycle back so that the communication to the BSCU **14** is stopped, until the vehicle restarts it route or progress. When the delivery vehicle restarts it route, the standard communication cycle is restarted. In the case where the delivery vehicle **19** is in start and stop traffic, the VCU **12** communication cycles are normally stopped until the vehicle is moved a predefined distance, reaches a location associated with the activation of an impending message or the ignition switch is turned to the off/on position **24**, or a sensor is activated on the VCU **12**. The VCU **12** communication cycles (FIG. **23**) are programmable from the BSCU **14** and are reset when a distance **904**, or time **905**, to the next messaging point excessively exceeds the number of minutes **907**, miles **906**, from the location to which a user impending arrival message is to be sent. Moreover, this communication change can be preset at the beginning of a route at areas and times the vehicle's location is not associated with an impending arrival message and at times when the vehicle can become off its estimated route without effecting the impending arrival messaging for a brief time. While the route is in progress, the BSCU **14** can determine from the mapping software, current route data, and past recorded route data **908**, when to send a VCU **12** a request to use cycle communication. Moreover, in the situation where the delivery vehicle VCU **12** has stopped

**EXHIBIT A**

US 6,904,359 B2

29

sending vehicle location communication to the BSCU **14**, as requested by the BSCU **14** or in-between communication cycles from the VCU **12**, the BSCU **14** can determine the estimated vehicle location from past routes, delivery lists, mapping software, and additional road/traffic monitoring systems for controlling the communication of the VCU **12**. When the vehicle has reached a cycle completion, predetermined by location or time and known by the BSCU **14** and VCU **12**, a communication link to the BSCU **14** is not necessarily made at this time. As the communication method is changed back to route comparison **14***a* (FIG. **15**), if the vehicle's planned route location **140***a* matches it's actual route location, communication to the BSCU **14** is not needed. Essentially, the communication methods are controlling the overall communication loading needed for vehicle location and messaging associated with the vehicle location between the BSCU **14** and the VCU **12**. To better understand clock cycles: clock cycles are time (minutes/seconds) lapses or distance lapses for particular location points (longitude/latitude numbers from GPS) or actual miles, and are started, controlled (more/less), and used for decreasing communication from a delivery vehicle VCU **12** to the BSCU **14**.

Finally, as shown in FIG. **21**, flow chart block **99**, the BSCU **14** may slow down or speed up the communication clock cycle by determining the Vehicle Location Determining Factor (VLDF) **99**. The VLDF is used to determine the likelihood of delays between two stops. To determine the VLDF rating, the current vehicle location **100**, the next stop and route to the next stop **101** are compared to past route records **103**. If the vehicle is likely to travel the same speed and take the same amount of time as previously recorded vehicles, the communication cycle is slowed down.

Worth noting from the forgoing discussion is the fact that the BSCU **14** (FIG. **1**) is the ultimate controller of the advance notification system **10** from a hierarchical vantage point. The base station clock **28** maintains the absolute time of the advance notification system **10**, while the vehicle clock **24** assumes a subservient role and is periodically reset when the delivery vehicle **19** clock differs from the BSCU **14**. Further, it should be noted that the VCU **12** communicates to the BSCU **14** (a) when asked by the BSCU **14**, (b) when the clock cycle reaches a predetermined point or when the vehicle reaches a predetermined location, (c) when a planned route time differs from an actual route time and (d) when the delivery vehicle driver activates a predefined sensor on the vehicle (buttons on the VCU **12**, bar code scanner, etc.) to minimize communication.

2. Package, Tracking, and Notification Process

As previously mentioned, the messaging process **202** (FIG. **22**) runs concurrently with the vehicle communications process **189** within the BSCU **14**. In essence, the computer messaging process **202** uses the vehicle location information **25** retrieved from the VCU **12** by the vehicle communications process **18***a* in order for the BSCU **14** to send computer messages of the approaching delivery vehicle **19**. A delivery list is accessible from a local data base (FIG. **27**) by the BSCU **14** and comprises information regarding (a) the person's name **331** and/or delivery street address **332**, (b) the computer network address **333** (c) the telephone number **334** (d) the type of vehicles for activating notification messages **335** and (e) the activation of the impending arrival message. The impending arrival message is activated when a vehicle is at a predefined time **336**, distance away from a stop **337**, or at a location/address **338**. The computer messaging activation points (as indicated in FIG. **27**) and the delivery list (as indicated in FIG. **14**) are crossed referenced

30

with the vehicle's actual progress through its route and delivery stops. When a particular time, location, and/or package delivery for sending a particular message is reached, the messaging process initiates an electronic computer message to the particular user, as indicated by the flow chart diagram in FIG. **22**. The computer messaging may be sent over an existing computer network/Internet or through a direct modem link from another computer, as described previously. Moreover, the particular time, distance, location, and/or stop are fully programmable by the user (person receiving an impending arrival message), and/or by the company providing the service. Programming and user options are discussed in more detail in the Computer Messaging Control Process area.

Also worth noting is a feature for monitoring messages to be placed in the future, for handling message loading (exceeding available communication channels) to end users. In accordance with this feature, upon anticipation of a heavy load of messages, some of the messages would be initiated earlier than the originally scheduled corresponding message time, previous stop, or distance/location. Numerous other networking options can also be used to solve this problem.

After the delivery vehicle has completed its route (FIG. **44**), that particular delivery vehicle can be programmed to contact **153** the BSCU **14** when it recognizes the end of the route **152**. Additionally, the VCU **12** may have instructions **155** displayed **155***a* for the driver. The BSCU **14** from a hierarchy stand point is the controller of the system, but instructions from the VCU **12** of new packages, reschedules, other sensor inputs, etc. can be sent to the BSCU **14**, for instructions on the vehicle's intent. Otherwise, the computer messaging process has completed its list for people to contact (FIG. **27**) and unless additional vehicle tracking is needed or more stops are scheduled, the communication between the VCU **12** and BSCU **14** is stopped.

As further use of completed route data, an event list is maintained for diagnostics and system monitoring. The event list receives data from both the vehicle communications process and the computer messaging process. The event list essentially comprises records of, among other things, all messages sent and all past and current vehicle locations.

B. Vehicle Control Process

Reference will now be made to the vehicle control process as shown in FIG. **11**. Once powered up, the VCU **12** runs through an initiation procedure in which the delivery list is retrieved from packages scanned into the vehicle (activation of the scanner may also power up the VCU) and/or a downloaded list of packages from the BSCU **14** for delivery is received. If packages are scanned **20** into the VCU **12** (FIG. **12**), the stops are placed in order of delivery by the vehicle's driver as shown in FIG. **29** or sent to the BSCU **14** for list optimization. The delivery list is organized into an optimized route FIG. **14**, showing stop list order **607** and the location or address, as indicated in flow chart block **608**. The automatic route optimization software resides in the Vehicle Location Data Base (VLDB) **14***a* in the BSCU **14** and includes past records of delivery times, routes taken by driver, traffic flow from recorded points and times of past routes, etc. This route optimization software and/or the driver input is how the stop list is organized. Initially the clock in the VCU **12** is set by the BSCU **14** when communication is made. Additionally, when comparisons with the actual time in the BSCU **14** differs from the time in the VCU **12**, clock resets are made by the BSCU **14**.

After the foregoing initialization procedure, a call is placed via the transceiver **18** (FIG. **1**) to the BSCU **14** as

EXHIBIT A

US 6,904,359 B2

31

indicated by the bell symbol. After the connection, the VCU 12 and the BSCU 14 exchange information as described herein before and which will be further described hereinafter relative to FIG. 12. Furthermore, it should be noted that in some configurations the BSCU 14 might contact the VCU 12 to initialize, schedule timing, or send remote activation from the driver of one vehicle to the BSCU 14 or other vehicle-in-motion sensors.

Next, as shown in FIG. 1, the vehicle control process begins a looping operation wherein the VCU 12 continuously monitors the switches 21–23, clock 24, and sensors 25 to determine the vehicle location. As mentioned previously, the vehicle control process initiates a wireless communication at the initializing point of a route, when the vehicle 19 clock cycle reaches (time between communication updates) a completed loop, planned route data stops matching actual route data, or when a package is delivered. The VCU 12 can also answer and receive information from the BSCU 14.

While in the main looping operation, a determination is first made as to whether the delivery vehicle 19 has reached the end of the route or deliveries/pick ups. If the vehicle 19 is at the end of its route, then the vehicle communication process is slowed down or stopped, and does not need to be restarted or increased unless switches 20, 21, 22, or 23 are triggered by the driver. Otherwise, the process continues and makes a determination as to the vehicle location, as indicated in flow chart block 25. In the preferred embodiment, the delivery vehicle 19 location and total expired time at each stop is not a factor. But if the VCU 12 notices a change in a delivery stop when a stop is made at a delivery location not on the list, or out of sequence, a driver prompt is displayed on the VCU/LCD screen 33. Additionally, a package scanned out (delivery was made or attempted) could also determine an out-of-sequence delivery. When the delivery vehicle 19 is stopped for an out-of-sequence delivery, then the communication is initiated to the BSCU 14, as shown by a telephone bell symbol 18 in FIG. 1. The communication is an override and not part of a normal communication event, such as, a clock cycle, a distance/location cycle, a route comparison, or polling protocol, but a special need for informing the BSCU 14 of a special occurrence.

The first attempt to correct the list is a flashing screen from the VCU 12 for the driver. If the driver responds, menus of questions are asked and the driver responses are recorded from the switches 21, 22, and 23 (FIG. 1). On screen questions are "is this delivery out of order?" if the driver selects yes, "is (address) your next stop?" if yes the information is uploaded to the BSCU 14 and the route continues, if no, a choice is given from the route list, and the driver is asked to highlight the next stop. The information is then uploaded to the BSCU 14. When the process is not corrected by the driver, then the BSCU 14 process determines the driver intent by comparing the vehicle direction, locations to closest stops, and past times of deliveries to these stops, with destinations from the route list, and makes a calculated determination of the driver's intent. The new sequence of stops is downloaded into the VCU 12 and the next stop location and question "is this correct" is displayed to the driver. Normally one of two events occurs, the driver responds or the vehicle arrives at a stop. If none of the switches 21, 22, or 23 have been actuated, then the process 76 will loop back around and begin once again. Otherwise, if actuation of a switch 21, 22, or 23 is detected, then the process will determine which of the switches 21, 22, 23 have been actuated.

First, the process will determine whether the "yes" switch has been actuated. If the driver has actuated the attempt to

32

deliver switch 22, then the VCU 12 will continue normal operation. When the reschedule delivery switch 23 is pressed, a list of the local area deliveries is displayed and the driver is prompted to select the next stop. Moreover, a decision will be made by the BSCU 14 to notify users of the vehicle's impending arrival, if time, distance, previous delivery stop and location for that particular stop has passed. In the preferred embodiment, the delivery vehicle 19 is considered to be following its routing list if the vehicle 19 arrives at the stop on the display. A stop does not determine a delivery was made, but an attempt to deliver a package was made. Furthermore, when a user is not available to receive a package, a stop may be rescheduled automatically from the BSCU 14 or manually from the driver, as shown in FIG. 43. A reschedule delivery is a common occurrence for a delivery driver, so, determining when a second attempt should be made or a route list sequence of stops for a driver is a user preference. In most cases, a driver who becomes familiar with customers and customer schedules is more likely to be accurate and successful on a delivery than a route chosen by location and distance, from a list. Past tracking of actual times of deliveries to a particular stop make the BSCU 14 likely to be close also.

In the event that the vehicle driver has not delivered a package, and an attempt was made, and normally when the driver is not repeating the stop in a given day, the driver can activate an attempt to deliver switch 21 to inform the BSCU 14 to cancel this user stop from a list, and send a second message of the time of attempted delivery and package information to the user computer. Then the process determines whether the driver has actually pressed the reset switch 22 for the rest of the deliveries that day. An attempt to deliver computer message sent to a user computer address might be used to increase revenue for additional services, such as, fees for redeliveries, etc. If the driver has not actuated the reset switch 22, then the process loops back and begins again.

C. Computer Messaging Control Process

When a computer message is initiated by the BSCU 14 as indicated by FIG. 22, the BSCU 14 follows a messaging control process as indicated in flow chart blocks 208, 207, and 206.

Although the description in FIG. 22 is from a BSCU controller, the BSCU 14 or modules in the BSCU 14 may be better incorporated into a user computer. Three examples of different type configurations for displaying impending arrival information on a computer connected to a network are shown in FIG. 7, FIG. 8, FIG. 9, and FIG. 10. For illustration purposes, the system described as a BSCU 14 is considered different than a person's computer, which could be considered part of the BSCU 14 operation. In FIG. 7 the person's computer is equipped with networking software, and is not associated with an advance notification system. In FIG. 8 the person's computer is equipped with all the advance notification modules for activating 14c and 14d impending arrival messages, mapping software 14b for displaying and/or comparing vehicle locations to streets, and a method for getting and/or receiving actual vehicle location from a network address. In FIG. 9 and FIG. 10, the example shows advance notification systems for tracking vehicles without GPS location devices. The BSCU 14 modules in FIG. 9 are set to track delivery stops from a route list and delivery stops within each route, then the vehicle location information is sent to the person's computer or accessed from the person's computer for vehicle location information. The vehicle location is compared in the person's computer, then activated and displayed when the user preferences

EXHIBIT A

US 6,904,359 B2

33

match the actual vehicle's location. FIG. 10 is placing all modules in the BSCU 14 area and not requiring the person's computer to be equipped with any extra software (FIG. 49). As a note, the main differences between FIG. 7 and FIG. 10 are the methods used for determining vehicle location or stop points.

Additionally, when the user computer has software/ hardware for connecting to a computer network and software for displaying messages received by the BSCU 14 for advance notification, the additional software can be an electronic mail reader for activating messages from a computer network, or a connection to a satellite/cable network 501 (FIG. 50) for displaying images onto a television screen. When the impending arrival messages are broadcast through a satellite/cable network 501, a personal computer 504 monitors signals from a broadcast channel 505 and activates an impending arrival message when an identification code is received 506. The impending arrival message is compared to the user preferences 508–511 and sent to a person's television 36d.

In the preferred embodiment, a person's computer can activate an impending arrival message when software is residing on a person's computer 223 as shown in FIG. 25. The software compares vehicle location 224 and user activation preferences 225 to the user preferences display options 226a and user audio options 227a, each time a vehicle is approaching.

The methods used for signing up and providing the system with messaging preferences is accomplished with software on a person's computer or in the preferred embodiment, linked to a remote computer site FIG. 29. By linking to the site a person wanting to sign up may download software 380 (FIG. 29) to save online time, or sign up from a connection to a remote site 381. The user can only subscribe and make changes from the site to be notified 382, FIG. 30, and the computer address is given before this screen (not shown). This allows the advance notification system to have a level of security. The person is prompted to enter a telephone number 383, then a mailing address 384. This information is stored and compared to mapping software for placing the person's address on a map for display 385b, FIG. 31. After the information is displayed 385b, the user is prompted to agree with the location or choose the next one from a list 386, until their location on a map is agreed upon. The next area allows the user to select different activation and messaging methods for different vehicles 387, FIG. 32. When the same for vehicles in a particular category 389, or each vehicle is different 390, display screens shown as illustrations in FIGS. 33 through FIG. 39 are looped for each vehicle/group selected. The next screen prompt asks, "when you would like to be notified?" 392 (FIG. 33) and options for time before arriving 393, distance before arriving 394, or at a location/s of choice 395. When a person entering time before vehicle arrives for notification, the next screen (FIG. 34) allows the minutes and seconds before a stop to be selected. When a person enters distance before a vehicle arrives for an impending arrival message (FIG. 35), the distance can be selected as shown. When a person selects to define a particular area for impending arrival activation, the person can choose a circle around their home/business, as shown in FIG. 36. The circle can be adjusted by pulling the edge with a computer mouse left button held down and releasing when the circle is at a desired size. The activation points are the edges of the circle and/or areas with streets. The next option for selecting an area is the grid perimeter/s (FIG. 37). The actual squares (or other shapes) can be clicked with the left button on a mouse for highlighting areas

34

and adjusting the highlighted areas with the slide bars at the bottom or right for precise positioning for activating impending arrival messages. The next option is placing street markers (FIG. 38) on roads and highways for activation points for impending arrival messaging. The street markers are positioned with a computer's mouse, normal drag and drop operations onto actual areas. Additionally, other areas, such as waypoint/s (longitude/latitude areas), prior vehicle stop/s, letting the vehicle define customer offering services, etc. can be used as well. After defining the locations, the selected preferences are referenced with past route data, mapping software, and other information for placing notification areas in a data base, to be used when a vehicle is approaching this predefined stop. Next the person wanting impending arrival messages should enter how they would like to receive the message/s (FIG. 39). A person may select a telephone call with a voice message 170, a telephone call with a distinctive ringing sound 171, and/or over a computer network/internet 172, with additional software for on screen displays 173 and/or audio messages 174. Additionally worth noting, sending impending arrival messages to other communication devices 36x (FIG. 2) with addresses or activation numbers from the BSCU would be obvious in the scope of this invention and is therefore not discussed in detail, but would be included in the area of FIG. 39.

The computer address/electronic address number corresponding with the user computer at a particular stop is obtained from the data, as indicated above in FIGS. 29 through FIG. 39. Other information can also be obtained, including the ability to send one type of message (telephone, electronic mail, personal pager, television, etc.) over the other, and allowing different vehicles to activate impending arrival messages differently. For example FIG. 4 illustrates a flow chart 82 for activating a telephone call first when a vehicle is approaching 83. First the vehicle's location matches 85 the preferences in the user data base 84 and dials a phone number, if the phone is answered the message is played and additional messages are not sent. In the case where the phone is not answered after a preset number of retries expire 88, then an electronic message is sent 89, and the event is removed from the data base 90. It should be noted that different combinations of messages are obvious to a person experienced in the art without loosing the scope of the present invention, and are therefore not mentioned in greater detail.

Moreover, companies may include the service without acknowledgment of the end user or in some cases notify them on one occasion and offer the service if they respond to the message. In these cases finding the contact information can be achieved by existing and known industry standards for finding computer addresses with telephone numbers and shipping address. Additional resources for obtaining this information are established by (a) a user providing the information to a delivery company, and (b) a user posting this information in an advance notification computer site, and (c) a user listing this information with other published references, such as a telephone book, mapping software, etc. This information may be accessed when a delivery is scheduled. Next, the control process sets a time-out variable for keeping track of successful messages sent and any messages returned from wrong addresses or busy networks. The number n of allowable attempts is predetermined and is stored in the user preferences data base and the person's old address can activate an automatic update for a new telephone number or computer address, when needed.

Furthermore, message timing and activation of impending arrival messages to users can be set at the start of the route

**EXHIBIT A**

US 6,904,359 B2

**35**

or day, or in some cases the day/s before the vehicle is to arrive. By sending impending arrival messages early, users can rearrange their schedules for meeting a delivery vehicle/driver when he arrives. As an example, a person taking a lunch break or leaving a delivery area, will know of particular deliveries scheduled in a certain day and the impending arrival time/s.

Worth noting, actual pictures or live video taken from a vehicle could be sent to the BSCU **14** from the VCU **12** and then used as part of the messaging process of the impending arrival of a particular vehicle to a user. As wireless channels become capable of carrying more and more data (by increased band width and data compression routines), increased information taken from the vehicle can be utilized in the message of the impending arrival of a vehicle to the user.

In the claims hereafter, all "means" and "logic" elements are intended to include any structure, material, or design for accomplishing the functionality recited in connection with the corresponding element.

What is claimed is:

1. A method for a notification system, the method for allowing a user to define when the user is to receive a vehicle status report relating to the status of a mobile vehicle, in relation to a location, the method comprising the steps of:

(a) permitting the user to predefine one or more events that will cause creation and communication of the vehicle status report by the following steps:

(1) permitting the user to establish a first communication link with a host computer system using a user communications device that is remote from the host computer;

(2) receiving during the first communication link at the host computer system an identification of the one or more events relating to the status, wherein the one or more events comprises at least one of the following: distance information specified by the user that is indicative of a distance between the vehicle and the location, location information specified by the user that is indicative of a location or region that the vehicle achieves during travel, time information specified by the user that is indicative of a time for travel of the vehicle to the location, or a number of one or more stops that the vehicle accomplishes prior to arriving at the location;

(3) storing the predefined one or more events in memory associated with the host computer system;

(b) analyzing data indicative of travel of the mobile vehicle;

(c) initiating a second communication link from the host computer system to a remote communications device to be notified, when appropriate, based upon the predefined one or more events and data indicative of travel; and

(d) delivering the status report from the host computer to the notified remote communications device during the second communication link, the status report indicating occurrence of the one or more events.

2. The method of claim **1**, wherein the notification system is a computer system, the computer system being a single computer or a distributed computer architecture comprising a plurality of computers that are communicatively coupled.

3. The method of claim **1**, wherein the step of analyzing data includes reviewing schedule information.

4. The method of claim **3**, further comprising the step of updating the schedule information based upon measured vehicle location information.

**36**

5. The method of claim **1**, wherein the status report includes a number of stop locations before the vehicle will arrive at the location.

6. The method of claim **1**, wherein the status report is communicated over the Internet to the notified remote communications device.

7. The method of claim **1**, wherein the status report is an email that is communicated, at least in part, over the Internet.

8. The method of claim **1**, further comprising the steps of receiving an email address, storing the email address, and communicating the status report to the stored email address.

9. The method of claim **1**, wherein the analyzed data is distance, time, or location information.

10. The method of claim **1**, further comprising the step of receiving and analyzing signals from satellites pertaining to positions of the vehicle.

11. The method of claim **1**, further comprising the steps of monitoring locations of the vehicle, comparing the locations to map data, and initiating the status report based upon the comparison.

12. The method of claim **1**, wherein the vehicle is a plane, train, boat, or motor vehicle.

13. The method of claim **1**, wherein the notified remote communications device is a computer, television, pager, or telephone.

14. The method of claim **1**, wherein the vehicle has a scheduled route of a plurality of vehicle stops and wherein the second communication link is initiated based upon the vehicle's progress along the stops of the route.

15. The method of claim **1**, further comprising the steps of monitoring content of the vehicle and wherein the status report includes a description of the content.

16. The method of claim **15**, wherein the content is a package to be delivered.

17. The method of claim **15**, wherein the content is a service provider transported by the vehicle.

18. The method of claim **1**, wherein the status report includes a map indicating a location of the vehicle.

19. A method for implementation in connection with a notification system, comprising the steps of:

(a) permitting a user to predefine one or more events that will cause creation and communication of a notification relating to the status of a mobile vehicle in relation to a location, by the following steps:

(1) permitting the user to electronically communicate during a first communication link with the notification system from a user communications device that is remote from the notification system;

(2) receiving at the notification system during the first communication link an identification of the one or more events relating to the status of the vehicle, wherein the one or more events comprises at least one of the following: distance information specified by the user that is indicative of a distance between the vehicle and the location, location information specified by the user that is indicative of a location or region that the vehicle achieves during travel, time information specified by the user that is indicative of a time for travel of the vehicle to the location, or a number of one or more stops that the vehicle accomplishes prior to arriving at the location;

(b) initiating a second communication link from the host computer system to a remote communications device to be notified, when appropriate, based upon the predefined one or more events.

20. The method of claim **19**, further comprising the step of delivering a status report during the second electronic communication, the status report indicating occurrence of the one or more events.

**EXHIBIT A**

US 6,904,359 B2

**37**

21. A method comprising the steps of:

(a) permitting a user to predefine at a computer system one or more events that will cause creation and communication of a notification relating to the status of a mobile vehicle in relation to a location, wherein the one or more events comprises at least one of the following: distance information specified by the user that is indicative of a distance between the vehicle and the location, location information specified by the user that is indicative of a location or region that the vehicle achieves during travel, time information specified by the user that is indicative of a time for travel of the vehicle to the location, or a number of one or more stops that the vehicle accomplishes prior to arriving at the location;

(b) tracking movement of the vehicle as it moves toward the location; and

(c) communicating a notification from the computer system to a user communication device upon occurrence of the one or more events, the user communication device being a general-purpose communications device that is remote from the location and that is designed to communicate with other communications devices that are undedicated to the computer system.

22. The method of claim 21, further comprising the step of delivering a status report during communication of the notification to the user.

23. The method of claim 21, wherein the computer system is a single computer or a distributed computer architecture comprising a plurality of computers that are communicatively coupled.

24. The method of claim 21, wherein the step of tracking data includes reviewing schedule information.

25. The method of claim 24, further comprising the step of updating the schedule information based upon measured vehicle location information.

26. The method of claim 21, wherein the status report includes a number of stop locations before the vehicle will arrive at the location.

27. The method of claim 21, wherein the status report is communicated over the Internet to the notified remote communications device.

28. The method of claim 21, wherein the status report is an email that is communicated, at least in part, over the Internet.

29. The method of claim 21, further comprising the steps of receiving an email address, storing the email address, and communicating the status report to the stored email address.

30. The method of claim 21, wherein the analyzed data is distance, time, or location information.

31. The method of claim 21, further comprising the step of receiving and analyzing signals that are based upon data received from satellites pertaining to positions of the vehicle.

32. The method of claim 21, further comprising the steps of monitoring locations of the vehicle, comparing the locations to map data, and initiating the status report based upon the comparison.

33. The method of claim 21, wherein the vehicle is a plane, train, boat, or motor vehicle.

34. The method of claim 21, wherein the notified remote communications device is a computer, television, pager, or telephone.

35. The method of claim 21, wherein the vehicle has a scheduled route of a plurality of vehicle stops and wherein the second communication link is initiated based upon the vehicle's progress along the stops of the route.

**38**

36. The method of claim 21, further comprising the steps of monitoring content of the vehicle and wherein the status report includes a description of the content.

37. The method of claim 36, wherein the content is a package to be delivered.

38. The method of claim 36, wherein the content is a service provider transported by the vehicle.

39. The method of claim 21, wherein the status report includes a map indicating a location of the vehicle.

40. A notification system for allowing a user to define when the user is to receive a vehicle status report relating to the status of a mobile vehicle, in relation to a location, the system comprising:

(a) means for permitting the user to predefine one or more events that will cause creation and communication of the vehicle status report, comprising:

(1) means for permitting the user to establish a communication link with a host computer system using a user communications device that is remote from the host computer;

(2) means for receiving during the first communication link at the host computer system an identification of the one or more events relating to the status of the vehicle, wherein the one or more events comprises at least one of the following: distance information specified by the user that is indicative of a distance between the vehicle and the location, location information specified by the user that is indicative of a location or region that the vehicle achieves during travel, time information specified by the user that is indicative of a time for travel of the vehicle to the location, or a number of one or more stops that the vehicle accomplishes prior to arriving at the location;

(3) means for storing the predefined one or more events in memory associated with the host computer system;

(b) means for analyzing data indicative of travel of the mobile vehicle;

(c) means for enabling initialization of communication links from the host computer system to a remote communications device to be notified, when appropriate, based upon the predefined one or more events and data indicative of travel; and

(d) means for delivering the status report from the host computer to the notified remote communications device during a second communication link, the status report indicating occurrence of the one or more events.

41. A notification system, comprising:

(a) means for permitting a user to predefine one or more events that will cause creation and communication of a notification relating to the status of a mobile vehicle in relation to a location, comprising:

(1) means for permitting the user to electronically communicate during a first communication link with the notification system from a user communications device that is remote from the notification system; and

(2) means for receiving during the first communication link an identification of the one or more events relating to the status of the vehicle, wherein the one or more events comprises at least one of the following: distance information specified by the user that is indicative of a distance between the vehicle and the location, location information specified by the user that is indicative of a location or region that the vehicle achieves during travel, time information

**EXHIBIT A**

US 6,904,359 B2

**39**

specified by the user that is indicative of a time for travel of the vehicle to the location, or a number of one or more stops that the vehicle accomplishes prior to arriving at the location; and

(b) means for establishing a second communication link between the system and the user upon occurrence of the one or more events.

**42**. The system of claim **41**, further comprising a means for delivering a status report during the second electronic communication, the status report indicating occurrence of the one or more events.

**43**. A system comprising:

(a) means for permitting a user to predefine at a computer system one or more events that will cause communication of a notification relating to the status of a mobile vehicle, wherein the one or more events comprises at least one of the following: distance information specified by the user that is indicative of a distance between the vehicle and the location, location information speci-

**40**

fied by the user that is indicative of a location or region that the vehicle achieves during travel, time information specified by the user that is indicative of a time for travel of the vehicle to the location, or a number of one or more stops that the vehicle accomplishes prior to arriving at the location;

(b) means for tracking movement of the vehicle as it moves toward the location: and

(c) means for communicating a notification from the computer system to a user communication device upon occurrence of the one or more events.

**44**. The system of claim **43**, further comprising a means for delivering a status report during the communication of the notification to the user.

**45**. The system of claim **43**, further comprising a means for delivering a report during the communication that indicates a reason for the communication.

* * * * *

**EXHIBIT A**

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.           : 6,904,359 B2                                          Page 1 of 1
APPLICATION NO.      : 10/435767
DATED                : June 7, 2005
INVENTOR(S)          : M. Kelly Jones

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:


Title Page Item [60] in Related U.S. Application Data, please add the following priority data:


Provisional Application No. 60/039,925, filed on March 7, 1997.


Signed and Sealed this
**Fourth Day of January, 2011**

David J. Kappos
*Director of the United States Patent and Trademark Office*

**EXHIBIT A**

US006904359C1

## (12) INTER PARTES REEXAMINATION CERTIFICATE (0161st)

# United States Patent
### Jones

(10) **Number:** **US 6,904,359 C1**

(45) **Certificate Issued:** **May 25, 2010**

(54) **NOTIFICATION SYSTEMS AND METHODS WITH USER-DEFINABLE NOTIFICATIONS BASED UPON OCCURANCE OF EVENTS**

(75) Inventor: **M. Kelly Jones**, Delray Beach, FL (US)

(73) Assignee: **Melvino Technologies, Inc.**, Tortola (VG)

**Reexamination Request:**
No. 95/000,369, May 14, 2008

**Reexamination Certificate for:**
Patent No.: **6,904,359**
Issued: **Jun. 7, 2005**
Appl. No.: **10/435,767**
Filed: **May 12, 2003**

### Related U.S. Application Data

(60) Division of application No. 08/852,119, filed on May 6, 1997, now Pat. No. 6,748,318, which is a continuation-in-part of application No. 08/434,049, filed on May 2, 1995, now Pat. No. 5,623,260, and a continuation-in-part of application No. 08/432,898, filed on May 2, 1995, now Pat. No. 5,657,010, and a continuation-in-part of application No. 08/432,666, filed on May 2, 1995, now Pat. No. 5,668,543, which is a continuation-in-part of application No. 08/407,319, filed on Mar. 20, 1995, now abandoned, which is a continuation-in-part of application No. 08/063,533, filed on May 18, 1993, now Pat. No. 5,400,020.

(60) Provisional application No. 60/039,925, filed on Mar. 10, 1997.

(51) **Int. Cl.**
*G01C 21/26* (2006.01)
*G08G 1/123* (2006.01)

(52) **U.S. Cl.** ........................... **701/204**; 701/24; 701/211; 340/989; 340/992; 340/994; 340/996; 455/404.2; 455/412.2; 455/414.2

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,262,775 | A | 11/1993 | Tamai et al. |
| 5,400,020 | A * | 3/1995 | Jones et al. .................. 340/994 |
| 5,504,491 | A | 4/1996 | Chapman |
| 5,541,845 | A | 7/1996 | Klein |
| 5,686,888 | A | 11/1997 | Welles, II et al. |
| 5,724,243 | A | 3/1998 | Westerlage |
| 5,732,074 | A | 3/1998 | Spaur et al. |
| 5,835,376 | A | 11/1998 | Smith et al. |
| 5,938,721 | A | 8/1999 | Dussell et al. |
| 6,047,264 | A | 4/2000 | Fisher et al. |
| 6,748,318 | B1 | 6/2004 | Jones |
| 6,748,320 | B2 | 6/2004 | Jones |

FOREIGN PATENT DOCUMENTS

CA    2093457 A1 * 10/1994

OTHER PUBLICATIONS

Kikuchi et al., *Advanced Traveler Aid Systems for Public Transportation, The Intelligent Transit Mobility System (ITMS): Final Report*, Federal Transit Administration (Sep. 1994).

* cited by examiner

*Primary Examiner*—Aaron J. Lewis

(57) **ABSTRACT**

Methods and systems are disclosed for a vehicle status reporting system for allowing a user to define when a user will receive a vehicle status report about the status of a mobile vehicle, in relation to a location, for establishing a communication link between the system and the user, and for delivering the status report during the communication link, the status report indicating occurrence of one or more events.



**EXHIBIT A**

US 6,904,359 C1

# 1

# INTER PARTES
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 316

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims **1**, **19**, **21**, **22**, **40**, **41** and **43** are determined to be patentable as amended.

Claims **2-18**, **20**, **23-39**, **42**, **44** and **45**, dependent on an amended claim, are determined to be patentable.

New claims **46-58** are added and determined to be patentable.

**1**. A method for a notification system, the method for allowing a user to define when the user is to receive a vehicle status report relating to the status of a mobile vehicle, in relation to a location, the method comprising the steps of:

(a) permitting the user to predefine one or more events that will cause creation and communication of the vehicle status report by the following steps:

(1) permitting the user to establish a first communication link with a host computer system using a user communications device that is remote from the host computer *system and the vehicle whose travel is being monitored, the host computer system being remote from the vehicle*;

(2) receiving during the first communication link at the host computer system an identification of the one or more events relating to the status, wherein the one or more events comprises at least one of the following: distance information specified by the user that is indicative of a distance between the vehicle and the location, location information specified by the user that is indicative of a location or region that the vehicle achieves during travel, time information specified by the user that is indicative of a time for travel of the vehicle to the location, or a number of one or more stops that the vehicle accomplishes prior to arriving at the location;

(3) storing the predefined one or more events in memory associated with the host computer system;

(b) analyzing data indicative of travel of the mobile vehicle;

(c) initiating a second communication link from the host computer system to a remote communications device to be notified, when appropriate, based upon *occurrence of* the predefined one or more events [and] *from the* data indicative of travel; and

(d) delivering the *vehicle* status report from the host computer to the notified remote communications device during the second communication link, the *vehicle* status report indicating occurrence of the one or more events.

**19**. A method for implementation in connection with a notification system, comprising the steps of:

# 2

(a) permitting a user to predefine one or more events that will cause creation and communication of a notification relating to the status of a mobile vehicle in relation to a location, by the following steps:

(1) permitting the user to electronically communicate during a first communication link with the notification system from a user communications device that is remote from the notification system *and the vehicle whose travel is being monitored, the notification system being located remotely from the vehicle*;

(2) receiving at the notification system during the first communication link an identification of the one or more events relating to the status of the vehicle, wherein the one or more events comprises at least one of the following: distance information specified by the user that is indicative of a distance between the vehicle and the location, location information specified by the user that is indicative of a location or region that the vehicle achieves during travel, time information specified by the user that is indicative of a time for travel of the vehicle to the location, or a number of one or more stops that the vehicle accomplishes prior to arriving at the location;

(b) initiating a second communication link from the host computer sytem to a remote communications device to be notified *of the status of the mobile vehicle in relation to the location*, when appropriate, based upon *occurrence of* the predefined one or more events *by the vehicle during the travel*.

**21**. A method comprising the steps of:

(a) permitting a user to predefine at a computer system one or more events that will cause creation and communication of a notification relating to the status of a mobile vehicle in relation to a location, wherein the one or more events comprises at least one of the following: distance information specified by the user that is indicative of a distance between the vehicle and the location, location information specified by the user that is indicative of a location or region that the vehicle achieves during travel, time information specified by the user that is indicative of a time for travel of the vehicle to the location, or a number of one or more stops that the vehicle accomplishes prior to arriving at the location;

(b) tracking movement of the vehicle as it moves toward the location; and

(c) communicating a notification *on a status of the vehicle* from the computer system to a user communication device upon occurrence of the one or more events *by the vehicle during the travel*, the user communication device being a general-purpose communications device that is remote from the location *and the vehicle whose travel is being monitored* and that is designed to communicate with other communications devices that are undedicated to the computer system*, wherein the computer system is located remotely from the vehicle.*

**22**. The method of claim **21**, further comprising the step of delivering a status report *on relative location of the vehicle in relation to the location* during communication of the notification to the user.

**40**. A notification system for allowing a user to define when the user is to receive a vehicle status report relating to the status of a mobile vehicle, in relation to a location, the system comprising:

(a) means for permitting the user to predefine one or more events that will cause creation and communication of the vehicle status report, comprising:

**EXHIBIT A**

US 6,904,359 C1

**3**

(1) means for permitting the user to establish a communication link with a host computer system using a user communications device that is remote from the host computer *and the vehicle whose travel is being monitored, the host computer system being remote from the vehicle*;

(2) means for receiving during the first communication link at the host computer system an identification of the one or more events relating to the status of the vehicle, wherein the one or more events comprises at least one of the following: distance information specified by the user that is indicative of a distance between the vehicle and the location, location information specified by the user that is indicative of a location or region that the vehicle achieves during travel, time information specified by the user that is indicative of a time for travel of the vehicle to the location, or a number of one or more stops that the vehicle accomplishes prior to arriving at the location;

(3) means for storing the predefined one or more events in memory associated with the host computer system;

(b) means for analyzing data indicative of travel of the mobile vehicle;

(c) means for enabling initialization of communication links from the host computer system to a remote communications device to be notified, when appropriate, based upon *occurrence of* the predefined one or more events [and] *from the* data indicative of travel; and

(d) means for delivering the *vehicle* status report from the host computer to the notified remote communications device during the second communication link, the *vehicle* status report indicating occurrence of the one or more events *by progression of travel of the vehicle*.

**41**. A notification system, comprising:

(a) means for permitting a user to predefine one or more events that will cause creation and communication of a notification relating to the status of a mobile vehicle in relation to a location, comprising:

(1) means for permitting the user to electronically communicate during a first communication link with the notification system from a user communications device that is remote from the notification system *and the vehicle whose travel is being monitored, the notification system being located remotely from the vehicle*; and

(2) means for receiving during the first communication link an identification of the one or more events relating to the status of the vehicle, wherein the one or more events comprises at least one of the following: distance information specified by the user that is indicative of a distance between the vehicle and the location, location information specified by the user that is indicative of a location or region that the vehicle achieves during travel, time information specified by the user that is indicative of a time for travel of the vehicle to the location, or a number of one or more stops that the vehicle accomplishes prior to arriving at the location; and

(b) means for establishing a second communication link between the system and the user upon occurrence of the one or more events *achieved by the mobile vehicle during the travel*.

**43**. A system comprising:

(a) means for permitting a user to predefine at a computer system one or more events that will cause communication of a notification relating to the status of a mobile vehicle, wherein the one or more events comprises at least one of the following: distance information specified by the user that is indicative of a distance between

**4**

the vehicle and [the] *a* location, location information specified by the user that is indicative of a location or region that the vehicle achieves during travel, time information specified by the user that is indicative of a time for travel of the vehicle to the location, or a number of one or more stops that the vehicle accomplishes prior to arriving at the location;

(b) means for tracking movement of the vehicle as it moves toward the location[:]*; and*

(c) means for communicating a notification *on a status of the vehicle* from the computer system to a user communication device upon occurrence of the one or more events *by progression of the vehicle during the travel, wherein the computer system and the user communication device are remote from the vehicle whose travel is being tracked.*

*46. The method of claim 1, wherein the mobile vehicle comprises a delivery service vehicle, the user being an intended recipient of a package to be delivered by the delivery service vehicle and the location being a location where the package is scheduled to be delivered.*

*47. The method of claim 1, wherein the first communication link is established from a request initiated by the user communications device.*

*48. The method of claim 19, wherein the mobile vehicle comprises a delivery service vehicle, the user being an intended recipient of a package to be delivered by the delivery service vehicle and the location being a location where the package is scheduled to be delivered.*

*49. The method of claim 19, wherein the first communication link is established from a request initiated by the user communications device.*

*50. The method of claim 20, wherein the status report is delivered to the remote communications device.*

*51. The method of claim 21, wherein the mobile vehicle comprises a delivery service vehicle, the user being an intended recipient of a package to be delivered by the delivery service vehicle and the location being a location where the package is scheduled to be delivered.*

*52. The system of claim 40, wherein the mobile vehicle comprises a delivery service vehicle, the user being an intended recipient of a package to be delivered by the delivery service vehicle and the location being a location where the package is scheduled to be delivered.*

*53. The system of claim 40, wherein the communication link is established from a request initiated by the user communications device.*

*54. The system of claim 41, wherein the mobile vehicle comprises a delivery service vehicle, the user being an intended recipient of a package to be delivered by the delivery service vehicle and the location being a location where the package is scheduled to be delivered.*

*55. The system of claim 41, wherein the first communication link is established from a request initiated by the user communications device.*

*56. The system of claim 42, wherein the status report is delivered to the user during the second electronic communication.*

*57. The system of claim 43, wherein the mobile vehicle comprises a delivery service vehicle, the user being an intended recipient of a package to be delivered by the delivery service vehicle and the location being a location where the package is scheduled to be delivered.*

*58. The method of claim 1, wherein the status report includes a message that the vehicle has arrived at the location.*

\*    \*    \*    \*    \*

**EXHIBIT A**

US006415207B1

(12) **United States Patent**

Jones

(10) Patent No.: **US 6,415,207 B1**

(45) Date of Patent: **Jul. 2, 2002**

(54) **SYSTEM AND METHOD FOR AUTOMATICALLY PROVIDING VEHICLE STATUS INFORMATION**

(75) Inventor: **Martin Kelly Jones**, Vancouver (CA)

(73) Assignee: **Global Research Systems, Inc.**, Rome, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/516,476**

(22) Filed: **Mar. 1, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/122,482, filed on Mar. 1, 1999.

(51) Int. Cl.$^7$ ................................................. **G05D 1/00**
(52) U.S. Cl. ............................... **701/1**; 701/29; 701/35; 701/117; 342/357.06; 342/357.12
(58) Field of Search ............................ 701/29, 35, 117, 701/1, 200, 204; 342/357.06, 357.12; 340/994

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,644,883 | A | 2/1972 | Borman et al. | 340/991 |
| 3,845,289 | A | 10/1974 | French | 701/117 |
| 4,297,672 | A | 10/1981 | Fruchey et al. | 340/994 |
| 4,325,057 | A | 4/1982 | Bishop | 340/994 |
| 4,791,571 | A | 12/1988 | Takahashi et al. | 701/117 |
| 4,812,843 | A | 3/1989 | Champion, III et al. | 340/905 |
| 4,924,496 | A | * 5/1990 | Figa et al. | 378/173 |
| 4,956,777 | A | 9/1990 | Cearley et al. | 701/24 |
| 5,021,780 | A | 6/1991 | Fabiano et al. | 340/994 |
| 5,113,185 | A | 5/1992 | Ichikawa | 340/995 |
| 5,122,959 | A | 6/1992 | Nathanson et al. | 701/117 |
| 5,131,020 | A | 7/1992 | Liebesny et al. | 455/422 |
| 5,168,451 | A | 12/1992 | Bolger | 701/117 |
| 5,218,629 | A | 6/1993 | Dumond, Jr. et al. | 455/412 |
| 5,223,844 | A | 6/1993 | Mansell et al. | 342/357.07 |
| 5,299,132 | A | 3/1994 | Wortham | 455/457 |
| 5,323,456 | A | 6/1994 | Oprea | 379/375 |
| 5,351,194 | A | 9/1994 | Ross et al. | 455/456 |
| 5,381,338 | A | 1/1995 | Wysocki et al. | 701/207 |
| 5,394,332 | A | 2/1995 | Kuwahara et al. | 701/211 |
| 5,400,020 | A | 3/1995 | Jones | 340/994 |
| 5,420,794 | A | 5/1995 | James | 701/117 |
| 5,444,444 | A | 8/1995 | Ross | 340/994 |
| 5,461,374 | A | 10/1995 | Lewiner et al. | 340/994 |
| 5,493,295 | A | 2/1996 | Lewiner et al. | 340/994 |
| 5,515,421 | A | 5/1996 | Sikand et al. | 379/88.21 |
| 5,519,621 | A | 5/1996 | Wortham | 455/99 |
| 5,539,810 | A | 7/1996 | Kennedy, III et al. | 379/88.25 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| FR | 2 559 930 | 8/1985 | | G08G/1/12 |
| FR | 2674355 | 9/1992 | | G08G/1/123 |
| JP | 52066175 | 6/1977 | | |
| JP | 63288400 | 11/1988 | | G08G/1/12 |

*Primary Examiner*—William A. Cuchlinski, Jr.
*Assistant Examiner*—Marthe Y. Marc-Coleman
(74) *Attorney, Agent, or Firm*—Thomas, Kayden, Horstemeyer & Risley, LLP

(57) **ABSTRACT**

A system for monitoring and reporting vehicle status information includes a database, a communication interface, and a system manager. The database stores status information associated with a vehicle, and the communication interface is designed to communicate with communication devices remotely located from the system. The system manager receives a message transmitted from the vehicle and updates the status information stored in the database based on the received message. When a remote communication device establishes communication with the communication interface, the communication interface receives caller identification information automatically transmitted to the communication interface. The system manager analyzes this caller identification information and automatically retrieves status information from the database based on the caller identification information. The system manager then transmits, via the communication interface, the retrieved status information to the remote communication device.

**15 Claims, 3 Drawing Sheets**



**EXHIBIT B**

## US 6,415,207 B1

Page 2

U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor | Class |
|---|---|---|---|---|
| 5,544,225 | A | 8/1996 | Kennedy, III et al. | 455/412 |
| 5,546,444 | A | 8/1996 | Roach, Jr. et al. | 455/412 |
| 5,579,376 | A | 11/1996 | Kennedy, III et al. | 455/411 |
| 5,587,715 | A | 12/1996 | Lewis | 342/357.03 |
| 5,590,178 | A * | 12/1996 | Murakami et al. | 379/96 |
| 5,594,650 | A | 1/1997 | Shah et al. | 701/207 |
| 5,623,260 | A | 4/1997 | Jones | 340/994 |
| 5,648,770 | A | 7/1997 | Ross | 340/994 |
| 5,652,707 | A | 7/1997 | Wortham | 455/456 |
| 5,657,010 | A | 8/1997 | Jones | 340/994 |
| 5,668,543 | A | 9/1997 | Jones | 340/994 |
| 5,673,305 | A | 9/1997 | Ross | 455/517 |
| 5,694,322 | A | 12/1997 | Westerlage et al. | 705/417 |
| 5,699,275 | A | 12/1997 | Beasley et al. | 709/221 |
| 5,719,771 | A | 2/1998 | Buck et al. | 455/456 |
| 5,732,074 | A | 3/1998 | Spaur et al. | 370/313 |
| 5,736,940 | A | 4/1998 | Burgener | 340/994 |
| 5,751,245 | A | 5/1998 | Janky et al. | 342/357 |
| 5,758,313 | A * | 5/1998 | Shah et al. | 455/456 |
| 5,760,742 | A | 6/1998 | Branch et al. | 342/457 |
| 5,771,455 | A | 6/1998 | Kennedy, III et al. | 455/456 |
| RE35,920 | E | 10/1998 | Sorden et al. | 342/457 |
| 5,929,752 | A * | 7/1999 | Janky et al. | 340/426 |
| 6,006,159 | A | 12/1999 | Schmier et al. | 701/200 |
| 6,094,477 | A * | 7/2000 | Nada et al. | 379/93.24 |
| 6,166,626 | A * | 12/2000 | Janki et al. | 340/426 |

* cited by examiner

**EXHIBIT B**

**U.S. Patent**          Jul. 2, 2002          Sheet 1 of 3          US 6,415,207 B1



# FIG. 1

**EXHIBIT B**



# FIG. 2



# FIG. 3

**EXHIBIT B**

US 6,415,207 B1

**1**

# SYSTEM AND METHOD FOR AUTOMATICALLY PROVIDING VEHICLE STATUS INFORMATION

## CROSS-REFERENCE TO RELATED APPLICATION

This application claims priority to and the benefit of the filing date of U.S. Provisional Application Serial No. 60/122,482, filed on Mar. 1, 1999, and entitled "Base Station Apparatus and Method for Monitoring Travel of Mobile Vehicle."

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention generally relates to vehicle information systems and, in particular, to a system and method for maintaining vehicle status information and of automatically and efficiently providing this information to users after communication is established with the users.

2. Related Art

Presently, it is possible for users to call a central processing station to obtain information on the status of a vehicle of interest. For example, it is possible for a user to call an airline or a bus depot and find out whether an airplane or bus is on or off schedule. In some situations a human operator at the processing station (e.g., the airline or bus depot) receives the call from the user who asks the operator for information regarding the status of a particular vehicle. The operator then looks up the status of the vehicle from a chart or database and provides the user with the requested information.

In other situations, the status information is automatically provided to the user after the user has submitted a status information request, thereby eliminating the need of human interaction at the processing station. For example, once communication with a communications device at the processing station is established, a computer at the processing station may prompt the user to identify which vehicle the user is interested in. The user may enter a vehicle identifier, such as an airplane number or bus number, for example, via touch-tone signaling or other suitable technique for interfacing information with computer systems. The computer then automatically retrieves information pertaining to the status of the vehicle identified by the user's inputs and provides this information to the user.

Having to provide either the operator or the computer with information identifying which vehicle is of interest to the user is timing consuming and burdensome. It would be desirable for the processing station to automatically provide the user with status information on a particular vehicle without the user having to provide a vehicle identifier.

Thus, a heretofore unaddressed need exists in the industry for providing a system and method of maintaining vehicle status information and of automatically and efficiently providing users with this information.

## SUMMARY OF THE INVENTION

The present invention overcomes the inadequacies and deficiencies of the prior art as discussed hereinbefore. Generally, the present invention provides a system and method for automatically providing a user with vehicle status information related to a particular vehicle or a particular set of vehicles.

In architecture, the system of the present invention utilizes a database, a communication interface, and a system

**2**

manager. The database stores status information associated with a vehicle, and the communication interface is designed to communicate with communication devices remotely located from the system. The system manager receives a message transmitted from the vehicle and updates the status information stored in the database based on the received message. When a remote communication device establishes communication with the communication interface, the communication interface receives caller identification information automatically transmitted to the communication interface. The system manager analyzes this caller identification information and automatically retrieves status information from the database based on the caller identification information. The system manager then transmits, via the communication interface, the retrieved status information to the remote communication device.

The present invention can also be viewed as providing a method for monitoring and reporting status of vehicles. The method can be broadly conceptualized by the following steps: maintaining status information associated with a vehicle; communicating with a remote communication device; receiving caller identification information automatically transmitted in the communicating step; and automatically retrieving and transmitting the status information based on the caller identification information.

Other features and advantages of the present invention will become apparent to one skilled in the art upon examination of the following detailed description, when read in conjunction with the accompanying drawings. It is intended that all such features and advantages be included herein within the scope of the present invention and protected by the claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention can be better understood with reference to the following drawings. The elements of the drawings are not necessarily to scale relative to each other, emphasis instead being placed upon clearly illustrating the principles of the invention. Furthermore, like reference numerals designate corresponding parts throughout the several views.

FIG. **1** is a block diagram illustrating a system for monitoring and reporting status of vehicles in accordance with the present invention.

FIG. **2** is a block diagram illustrating a computer system implementing a base station depicted in FIG. **1**.

FIG. **3** is a flow chart illustrating the architecture and functionality of a system manager depicted in FIG. **2**.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. **1** depicts a vehicle tracking system **10** in accordance with the preferred embodiment of the present invention. The system **10** includes a base station **15** configured to store information regarding the status of at least one vehicle **17**. For example, the base station **15** may store a value indicating the time that the vehicle **17** is expected to arrive at a particular location.

The base station **15** is configured to communicate with a user interface **21** at a user's premises **23** via a communications network **24**, such as the publicly switched telephone network (PSTN), for example. In this regard, the base station **15** may be configured to determine when the vehicle **17** is within a predetermined proximity (e.g., time or distance) from a particular location and to transmit a notification message to the user interface **21** to warn a user at the

**EXHIBIT B**

US 6,415,207 B1

**3**

premises **23** of an impending arrival of the vehicle **17** at the particular location. A base station **15** capable of tracking vehicle **17** and of transmitting such a notification message is fully described in U.S. Patent Application entitled "Base Station Apparatus and Method for Monitoring Travel of a Mobile Vehicle," assigned Ser. No. 09/395,501, and filed on Sep. 14, 1999, which is incorporated herein by reference.

The notification message can be transmitted via a telephone call, a page, an e-mail message, or any other suitable technique for communicating data. The user interface **21** is preferably any communication device or devices capable of communicating with base station **15** and, therefore, of receiving and processing the notification message. For example, the user interface **21** may be a telephone, a pager, a modem, or other suitable communication device.

In the preferred embodiment, the user interface **21** may be configured to establish communication with the base station **15** to discover the status of a particular vehicle **17**. Once communication with the base station **15** is established, the base station **15** is configured to automatically identify the user associated with the user interface **21** without prompting the user for inputs.

For example, in conventional telephony systems, caller identification (caller I.D.) information, such as the caller's telephone number, name, address, etc., is often automatically transmitted to the party receiving the call so that the party receiving the call can identify the caller before answering. U.S. Pat. No. 4,924,496, entitled "Automatic Incoming Telephone Call Originating Number and Party Display System" and issued on May 8, 1990, which is incorporated herein by reference, describes a process of automatically transmitting caller I.D. information without prompting the caller for inputs. The base station **15** is designed to utilize this caller I.D. information to identify the user at premises **23** that established communication with base station **15**.

Furthermore, the base station **15** is preferably aware of which users are associated with which vehicles **17**. Accordingly, after identifying the user who established communication with the base station **15**, the base station **15** is configured to automatically retrieve status information pertaining to the vehicle or vehicles **17** associated with the user and to transmit this information to the user interface **21**, which interfaces this information with the user at premises **23**. Therefore, the user is able to receive status information pertaining to a vehicle **17** associated with the user without having to manually provide inputs to the base station **15** to identify the associated vehicle **17**.

To ensure that the information provided to the user is accurate, the base station **15** is designed to update the status information stored in the base station **15**, when the vehicle **17** is unexpectedly late or early. In this regard, the vehicle **17** includes a vehicle interface **32** capable of communicating with the base station **15** via wireless signals. For example, in the preferred embodiment, the vehicle interface **32** may comprise a cellular telephone capable of transmitting wireless signals to base station **15** via a cellular network **35**. However, in other embodiments, the vehicle interface **32** may be comprised of another device or devices capable of communicating with the base station **15** either directly or through another type of network.

When the vehicle **17** is off schedule or when another event pertaining to the status of the vehicle **17** occurs, a status message is transmitted to the base station **15** to notify the base station **15** of the event. The status message may be manually interfaced with vehicle interface **32** via buttons or switches, for example, or may be automatically generated by

**4**

the vehicle interface **32**. U.S. Patent Application entitled "Apparatus and Method for Monitoring Travel of a Mobile Vehicle," assigned Ser. No. 09/395,497, and filed on Sep. 14, 1999, which is incorporated herein by reference, describes a system in which a status message is automatically transmitted when the vehicle **17** is off schedule.

The base station **15** is configured to receive the status message and to update the status information stored in the base station **15** in response to the status message. Therefore, the status information stored in the base station **15** should be accurate and up to date.

FIG. **2** depicts a more detailed view of the base station **15**. In the embodiment shown by FIG. **2** the base station **15** is implemented as a computer having memory **41**. The base station **15** preferably includes a system manager **44** that controls the operation of the base station **15**. The system manager **44** can be implemented in software, hardware, or a combination thereof. In the preferred embodiment, as illustrated by way of example in FIG. **2**, the system manager **44** of the present invention along with its associated methodology is implemented in software and stored in memory **41**.

Note that the system manager **44**, when implemented in software, can be stored and transported on any computer-readable medium for use by or in connection with an instruction execution system, apparatus, or device, such as a computer-based system, processor-containing system, or other system that can fetch the instructions from the instruction execution system, apparatus, or device and execute the instructions. In the context of this document, a "computer-readable medium" can be any means that can contain, store, communicate, propagate, or transport the program for use by or in connection with the instruction execution system, apparatus, or device. The computer readable medium can be, for example but not limited to, an electronic, magnetic, optical, electromagnetic, infrared, or semiconductor system, apparatus, device, or propagation medium. More specific examples (a nonexhaustive list) of the computer-readable medium would include the following: an electrical connection (electronic) having one or more wires, a portable computer diskette (magnetic), a random access memory (RAM) (magnetic), a read-only memory (ROM) (magnetic), an erasable programmable read-only memory (EPROM or Flash memory) (magnetic), an optical fiber (optical), and a portable compact disc read-only memory (CDROM) (optical). Note that the computer-readable medium could even be paper or another suitable medium upon which the program is printed, as the program can be electronically captured, via for instance optical scanning of the paper or other medium, then compiled, interpreted or otherwise processed in a suitable manner if necessary, and then stored in a computer memory. As an example, the system manager **44** may be magnetically stored and transported on a conventional portable computer diskette.

The preferred embodiment of the base station **15** of FIG. **2** also comprises one or more conventional processing elements **46**, such as a digital signal processor (DSP), that communicate to and drive the other elements within the base station **15** via a local interface **49**, which can include one or more buses. Furthermore, an input device **52**, for example, a keyboard or a mouse, can be used to input data, and screen display **54** or a printer **56** can be used to output data to the user. A disk storage mechanism **58** can be connected to the local interface **49** to transfer data to and from a nonvolatile disk (e.g., magnetic, optical, etc.). The base station **15** can be connected to a network interface **62** that allows the base station **15** to exchange data with a network **64**.

The base station **15** also includes an interface **67** for communicating with vehicle interface **32** (FIG. **1**) and an

**EXHIBIT B**

US 6,415,207 B1

**5**

interface 69 for communicating with user interface 21. Interfaces 67 and 69 may be implemented by the same device or devices or may be implemented by a separate device or devices.

The base station 15 preferably stores status information in a database 72. In this regard, the database 72 preferably includes a plurality of entries, in which each entry includes status information associated with a particular vehicle 17. For example, an entry may include a data value indicating when a vehicle 17 is expected to arrive at a particular location or indicating whether the vehicle is on schedule. The status information stored in the entry may also define the aforementioned particular location or may include data identifying the packages or passengers, if any, on board the vehicle. Other types of information pertaining to the status of the vehicle 17 may be stored in the entry.

Each entry is preferably correlated with a vehicle identifier that identifies the vehicle 17 described by the status information stored within the entry. Furthermore, the status message may include the vehicle identifier of the vehicle 17 that transmitted the message. Therefore, when a status message is received by the base station 15, the system manager 44 may identify which entries in the database 72 include information that potentially should be updated based on the status message.

Each entry is also correlated with at least one user identifier identifying a user associated with the vehicle 17 described by the information stored in the entry. For example, assume that a user is a passenger scheduled to ride on a particular vehicle 17. At least one of the entries in the database 72 should include information pertaining to the status of the particular vehicle 17 (e.g., indicating whether the particular vehicle 17 is on or off schedule). This entry should be correlated with a user identifier that identifies the foregoing user. Accordingly, when the system manager 44 determines that this user has established communication with the base station 15, the system manager 44 is configured to automatically identify, based on the user identifiers correlated with the entries, each entry associated with the user. Therefore, when the user establishes communication with the interface 69 in the foregoing example, the system manager 44 is configured to automatically identify the aforementioned entry having status information pertaining to the particular vehicle 17 that the user is to ride.

After identifying the entry or entries associated with the user, the system manager 44 is configured to retrieve the status information from the identified entry or entries and to transmit this information to the user. As a result, the user does not need to manually provide inputs to identify which information the system manager 44 should retrieve and transmit to the user.

It should be noted that other methodologies for storing status information and of associating the status information with the appropriate vehicles 17 and users may be employed without departing from the principles of the present invention.

Operation

The preferred use and operation of the system 10 and associated methodology are described hereafter.

Assume for illustrative purposes that a user wishes to ride a vehicle 17 associated with the system 10. Assume further that an entry in the database 72 is associated with this vehicle 17. For example, assume that the entry indicates when the vehicle 17 is expected to arrive at a location, such as the location where the user is to meet the vehicle 17, for example.

**6**

At some point, a user identifier identifying the user is correlated with entry. For example, during a registration period, the user may provide his or her telephone number, which is stored in the database 72 and correlated with the entry in the database 72 associated with the vehicle 17. However, it should be noted that other types of user identifiers may be used. For example, the user identifier may be the user's name, the user's home or business address, the user's e-mail address, or other types of values that identify the user.

If the vehicle 17 is early or late, then it may be desirable for the user to change the time at which he or she leaves to meet the vehicle 17. Therefore, before the user travels to the aforementioned location to meet the vehicle 17, it may be desirable for the user to check the status of the vehicle 17 to find out if the vehicle 17 is off schedule. To check the status of the vehicle 17, the user establishes communication with the base station 15 via user interface 21. For example, in the preferred embodiment, the user utilizes interface 21 to establish a telephone call with the interface 69 at the base station 15. In this example, both interfaces 21 and 69 are conventional telephone devices.

The interface 69 is designed to receive caller I.D. information that is automatically transmitted to the interface 69 when communication with the interface 69 is being established. In telephony systems the caller I.D. information is usually transmitted between the ringing signals transmitted to the interface 69, and the caller I.D. information usually includes the telephone number associated with the user interface 21.

Once the interface 69 has received the caller I.D. information, the system manager 44 automatically searches the caller I.D. information for a caller identifier (e.g., the telephone number provided in the caller I.D. information), as shown by blocks 82 and 84 of FIG. 3. The caller identifier is information in the caller identification information used by the base station 15 to identify a caller. In the preferred embodiment where the user identifier stored in the database 72 is the user's telephone number, the system manager 44 searches the caller I.D. information in block 84 for the telephone number defined by the caller I.D. information. This telephone number should be the telephone number associated with interface 21.

After determining the caller identifier from the caller I.D. information, the system manager 44 then searches the database 72 to determine whether the caller identifier corresponds with one of the user identifiers already stored in the database 72, as shown by block 87. For example, in the preferred embodiment, the system manager 44 compares the telephone number included in the caller identification information to the user identifiers stored in the database 72. As long as the user is calling from an interface 21 associated with the same telephone number provided during registration (i.e., the telephone number used by the base station 15 as the user identifier to identify the user), then the telephone number included in the caller I.D. information should correspond to (e.g., match) the user identifier associated with the user.

If a correspondence with a user identifier is determined in block 87, then the system manager 44 automatically retrieves the entry correlated with the user identifier, as shown by block 91. This entry should be the entry having status information pertaining to the vehicle 17 of interest to the user (e.g., the vehicle 17 that the user is planning to ride). The system manager 44 then transmits at least a portion of the retrieved status information to the user via interfaces 21 and 69, as depicted by block 93.

US 6,415,207 B1

7

The status information transmitted to user interface **21** preferably indicates whether the aforementioned vehicle **17** is on or off schedule, although other types of information may be indicated by the status information. Note that this status information is provided to the user without the user having to provide any inputs once communication with the interface **69** is established. In this regard, the user merely dials the telephone number associated with the interface **69** in the preferred embodiment, and based on the caller I.D. information automatically provided to the interface **69**, the system manager **44** retrieves and transmits the aforementioned status information to the user interface **21**. Based on the status information transmitted to the user interface, the user should be able to determine whether the vehicle **17** is on or off schedule.

It should be noted that the base station manger **44** may fail to find a corresponding user identifier in the database **72** in some circumstances. For example, the user may call from an interface **21** associated with a telephone number other than the one provided during registration and, therefore, other than the one used by the base station **15** as a user identifier for the user. In such a situation, the system manager **44** should prompt the user to enter sufficient information so that the system manager **44** can either identify the user or the vehicle **17** of interest, as shown by block **94**. For example, the system manager **44** could prompt the user to enter, via touch tone signaling, the user's telephone number or the vehicle number of the vehicle **17** of interest to the user. In this situation, the system manager **44** retrieves the status information from the database **72** based on the inputs provided by the user instead of the caller identifier included in the caller I.D. information, as shown by block **97**.

Although the foregoing example has been described herein as utilizing a telephone call to establish communication with the interface **69**, the present invention should not be so limited. Any device capable of establishing communication with the interface **69** and of automatically transmitting caller I.D. information to the interface **69** should be suitable for implementing the user interface **21** of the present invention. For example, it is possible for the user interface **21** to establish communication with interface **69** over the Internet. In this example, the user identifier identifying the user could be the user's e-mail or source address. Therefore, upon receiving an e-mail message from interface **21**, the system manager **44** in block **84** searches for the sender's e-mail address. This e-mail address is compared with the user identifiers in the database **72** in block **87** to identify the status information that should be transmitted to the user in a return e-mail message. There are various other devices and techniques that may be employed for communicating between interfaces **69** and **23** without departing from the principles of the present invention.

It should be emphasized that the above-described embodiments of the present invention, particularly, any "preferred" embodiments, are merely possible examples of implementations, merely set forth for a clear understanding of the principles of the invention. Many variations and modifications may be made to the above-described embodiment(s) of the invention without departing substantially from the spirit and principles of the invention. All such modifications and variations are intended to be included herein within the scope of the present invention and protected by the claims.

What is claimed is:

**1**. A system for monitoring and reporting status of vehicles, comprising:

a database storing status information associated with a vehicle, said status information indicative of a current proximity of said identified vehicle;

8

a communication interface configured to communicate with communication devices remotely located from said system; and

a system manager configured to receive a message transmitted from said vehicle and to update said status information based on said message, said system manager further configured to analyze caller identification information automatically transmitted to said communication interface when a remote communication device establishes communication with said communication interface, said system manager further configured to automatically search for and locate a set of said status information based on said caller identification information, said system manager further configured to retrieve said set of status information and to transmit said retrieved set of status information to said remote communication device.

**2**. The system of claim **1**, wherein said caller identification information is a telephone number associated with said remote communication device.

**3**. The system of claim **1**, wherein said caller identification information is included within a message transmitted over the internet and received by said communication interface, and wherein said caller identification information is a source address automatically inserted into said message by said remote communication device, said source address identifying an address of said remote communication device.

**4**. The system of claim **1**, wherein said system manager is configured to transmit said retrieved set of status information to said remote communication device in response to said caller identification information.

**5**. A system for monitoring and reporting status of vehicles, comprising:

means for maintaining status information associated with a vehicle, said status information indicative of a current proximity of said identified vehicle;

means for communicating with a remote communication device, said means for communicating including a means for receiving caller identification information automatically transmitted to said communicating means;

means for utilizing said caller identification information to automatically search for and locate a set of said status information; and

means for automatically retrieving and transmitting said set of said status information.

**6**. The system of claim **5**, wherein said caller identification information is a telephone number.

**7**. The system of claim **5**, wherein said caller identification information is an e-mail address.

**8**. The system of claim **5**, further comprising:

means for receiving a status message transmitted from said vehicle; and

means for updating said status information based on said status message.

**9**. The system of claim **5**, wherein said status information indicates a proximity of said vehicle from a particular location.

**10**. A method for monitoring and reporting status of vehicles, comprising the steps of:

maintaining status information associated with a vehicle, said status information indicative of a current proximity of said vehicle;

communicating with a remote communication device;

receiving caller identification information automatically transmitted in said communicating step;

**EXHIBIT B**

US 6,415,207 B1

**9**

utilizing said caller identification information to automatically search for and locate a set of said status information;

automatically retrieving said set of status information based on said searching for and locating step; and

transmitting said retrieved set of status information to said remote communication device.

**11**. The method of claim **10,** wherein said caller identification information is a telephone number.

**12**. The method of claim **10,** wherein said caller identification information is an e-mail address.

**13**. The method of claim **10,** further comprising the steps of:

**10**

receiving a status message transmitted from said vehicle; and

updating said status information based on said status message.

**14**. The method of claim **10,** further comprising the step of indicating a proximity of said vehicle from a particular location via said status information.

**15**. The method of claim **10,** wherein said utilizing, retrieving, and transmitting steps are performed in response to said receiving step.

\*   \*   \*   \*   \*

**EXHIBIT B**

MENU

ENTERPRISE

# Revolutionizing your field services business is easier than you think.

Dispatch integrates with your existing systems and streamlines how you manage your network, provide service to your customers, and understand your day-to-day operations.



NETWORK MANAGEMENT

## Easily engage and manage your third-party network.

We know that managing a network of third party contractors is expensive and time consuming. We built a state-of-the-art platform that seamlessly integrates with your existing systems and enables you to to easily onboard new service providers, flexibly dispatch and route resources based on location and real-time availability, and much more.

**EXHIBIT C**



CONSUMER ENGAGEMENT MANAGEMENT

## Exceed your customers' expectations with our real–time job status portal.

Delight customers with the up-to-the-minute information they're looking for with Dispatch's modular, customizable tool kit. Your call centers will stop fielding "when can I schedule an appointment" or "where is my technician" questions, no-shows will drop dramatically, and you'll get immediate feedback so you can celebrate successes or

**EXHIBIT C**

intervene when things don't go to plan. Experience the customer portal for yourself  or try it on your phone:

Your Name                     Your Phone Number

SEND EXAMPLE SMS



POWERFUL INSIGHTS

Empower operations with real-time data.

Don't miss out on performance data from the field and be left wondering what happens in the "last mile" of the service delivery process.  With Dispatch,  you can get clear insights into your key business metrics in seconds and manage the overall performance of your network and customer experience with great features like real-time CRM synchronization and service report cards.

**EXHIBIT C**

Enterprise | Dispatch



## We'd love to help you understand if Dispatch is right for your business.

With the help of our Professional Services team, you can be up and running in weeks, not months. Our platform pricing lets you pay for only what you use.

CONTACT OUR SALES TEAM

Status

Company

Team

Jobs

API

Terms

Privacy

Security

©2016 All rights reserved. Dispatch.

170 Milk Street, Second Floor
Boston, MA 02109

**EXHIBIT C**

(617) 580-0607

EXHIBIT C

MENU

# Dispatch works for your business, not the other way around.

Use only the parts you need, or integrate your favorite software to make Dispatch your hub of operations.



## COORDINATION

## Simplify scheduling.

Find the best worker for a job based on availability, location, and skill set and put the job right in their schedule. Handle jobs that require multiple visits or workers with ease.

**EXHIBIT C**

Product | Dispatch



JOB DETAILS

## Cut down on phone time.

Instantly send notifications when assigning new jobs and get status alerts from your field workers in real time. Techs can get directions right in their favorite mapping application.



LOCATION TRACKING

## Know where everyone is, anytime.

**EXHIBIT C**

Product | Dispatch

Both you and your customers can view the real-time location of your field workers when they're on their way to a job site.



## COMMUNICATION

Open the lines of communication.

Now you and your customers can connect directly with your workers while they're in the field. Provide your customers with a live ETA and put them directly in touch with the worker coming to their house. After a job is complete, collect feedback at the touch of a button.

**EXHIBIT C**

Product | Dispatch



## RECORDS

# Archiving never looked this good.

Keep notes, images, documents, communications, time and travel information for each job in one place for easy reference when you need it.



## BILLING & PAYMENTS

# Go paperless.

**EXHIBIT C**

Product | Dispatch

Email estimates and invoices, let field workers accept credit cards on the spot, and easily keep track of cash and check payments.



## INTEGRATIONS

### Everything in one place.

We know that most businesses today rely on several systems working in unison to power their everyday operations. Connect the services you use most, like Quickbooks and Stripe, to Dispatch to make the perfect product for you.

### See the full list of integrations



Dispatch has enabled us to organize our jobs, schedule more effectively, and better communicate with our customers. Keeping

**EXHIBIT C**